UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DANIEL BLACK,

    Plaintiff,

v.

DAVID A. CLARKE, JR., et al.

    Defendants.

Civil Action No. 2:17-cv-00156

## DECLARATION OF DAVID A. CLARKE, JR.

David A. Clarke, Jr. declares, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the following is true and correct:

1. I make this declaration based upon my own personal knowledge of the facts attested to herein.

2. I make this declaration in support of Defendants' Motion for Summary Judgment.

3. I served as the Milwaukee County Sheriff from March 19, 2002, until my resignation, which was effective on August 31, 2017.

4. During my tenure as Sheriff, I received numerous threats to my physical safety directly and via email, letter, and social media.

5. During my tenure as Sheriff, I had several unprovoked confrontations with members of the public at airports or on airplanes.

6. On September 24, 2016, I was verbally berated by an intoxicated male passenger throughout a flight from Milwaukee to Charlotte, North Carolina. The passenger had to be restrained upon landing and was arrested by local law enforcement.

7. On December 20, 2016, I was verbally berated by a female individual while waiting to board an airplane at the Dallas/Fort Worth International Airport. The individual's verbal attacks escalated in intensity, and at one point she said to me, "We will find you and we will get you." Dallas police officers responded to the scene.

8. On January 15, 2017, I boarded American Airlines Flight 1534 at the Dallas/Fort Worth International Airport, bound for General Mitchell International Airport in Milwaukee.

9. I took my seat in the front section of the airplane.

10. An individual who was later identified as Daniel Black, the plaintiff in this lawsuit, stopped adjacent to my aisle seat as he boarded the airplane.

11. Black asked me if I was Sheriff Clarke, and I responded in the affirmative.

12. Black then, while standing over me and in very close proximity to me given the confines of the airplane cabin, and in a physically threatening manner, stared at me and shook his head at me for a prolonged period of time.

13. I asked Black if he had a problem with me, to which Black did not verbally respond.

14. Before the airplane departed, I called now-retired Inspector Edward Bailey on my cell phone and described this incident to him.

15. I asked Bailey to have sheriff's deputies conduct a field interview of Black upon landing in Milwaukee in order to gather information and identify Black.

16. I also texted Captain Mark Witek, commander of the Milwaukee County Sheriff's Office's Airport Division, before the airplane departed and informed him that an incident had occurred again on an airplane, and that I would like a field interview conducted when the airplane reached Milwaukee.

Dated this  7  day of September, 2017.

                                                                             */s/ David A. Clarke, Jr.*
                                                                             David A. Clarke, Jr.