# Flight Crew Report

[<< Back to Previous page]    [<< New Flight History Search]

**Exhibit C**

Flight Number : 1534                    Actual Departure Airport : DFW
Scheduled Flight Departure Date / City : Jan 15, 2017 / DFW    Actual Departure Time : 12:13
Aircraft Equipment Type : 00    N439
Flight Required Language :

|  |  | SCHEDULED | ACTUAL | GATE |
|---|---|---|---|---|
| DEPARTURE : DFW | OUT | 6 hours ( Jan 15, 2017 ) | 12:13 ( Jan 15, 2017 ) | C2 |
| ARRIVAL : MKE | IN | 14:35 ( Jan 15, 2017 ) | 14:32 ( Jan 15, 2017 ) | D54 |

## Operating Crew

| Contract Month Crew Base Code | Crew Member Position Character Code | Contract Month Seniority Number | EMP_qc_Full Name | Employee Number | FCSeq_qc_Crew Member Position Character Code | Sequence Number | Sequence Scheduled Start Date | Duty Period Number | Contract Month | F/A Languages |
|---|---|---|---|---|---|---|---|---|---|---|
| DFW | CA | 11663 | FELL GW | 635047 |  | 31107 | Jan 15, 2017 | 1 | 2017 - 01 |  |
| DFW | FO | 13516 | SEIVER K | 665690 |  | 31107 | Jan 15, 2017 | 1 | 2017 - 01 |  |
| DFW | 1 | 13376 | NELSON J | 629052 |  | 7978 | Jan 15, 2017 | 1 | 2017 - 01 |  |
| DFW | 2 | 12652 | BECKETT JM | 637256 |  | 7978 | Jan 15, 2017 | 1 | 2017 - 01 |  |
| DFW | 4 | 12901 | JOHNSON RE | 625903 |  | 7978 | Jan 15, 2017 | 1 | 2017 - 01 |  |

## Deadheading Crew

| Contract Month Crew Base Code | Crew Member Position Character Code | Contract Month Seniority Number | EMP_qc_Full Name | Employee Number | FCSeq_qc_Crew Member Position Character Code | Sequence Number | Sequence Scheduled Start Date | Duty Period Number | Contract Month | F/A Languages |
|---|---|---|---|---|---|---|---|---|---|---|
| PHX | CA | 7431 | PITTS DR | 365180 |  | 4905 | Jan 14, 2017 | 2 | 2017 - 01 |  |
| PHX | FO | 9236 | SCHAFER JW | 404254 |  | 4905 | Jan 14, 2017 | 2 | 2017 - 01 |  |

* Sequence Position number if it differs from Leg PositionNumber.

May 8, 2017   3:36:12 PM                              1                              For assistance, Click Here to contact
                                                                                      Airport Technology Reporting


EXHIBIT Moore 3