UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

------------------------------------------------------

DANIEL BLACK,

              Plaintiff,

   -vs-                    Case No. 2:17-CV-00156

DAVID CLARK, et al.,

              Defendants.

------------------------------------------------------

| Exhibit F |
| :---: |

        Examination of CAPTAIN MARK W. WITEK, taken at the instance of the Plaintiff, under and pursuant to the Federal Rules of Civil Procedure, before Sarah A. Hart, RPR, RMR, Certified Realtime Reporter, and Notary Public in and for the State of Wisconsin, at HUSCH BLACKWELL LLP, 555 East Wells Street, Suite 1900, Milwaukee, Wisconsin, on May 17, 2017, commencing at 9:09 a.m. and concluding at 9:52 a.m.

Page 2

```
1            A P P E A R A N C E S
2  PETERSON, JOHNSON & MURRAY, S.C., by
   MR. WILLIAM F. SULTON
3  788 North Jefferson Street, 5th Floor
   Milwaukee, Wisconsin  53202
4  appeared on behalf of the Plaintiff.
5  HUSCH BLACKWELL LLP, by
   MR. CHARLES H. BOHL
6  555 East Wells Street, Suite 1900
   Milwaukee, Wisconsin  53202
7  appeared on behalf of the Defendants.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1             * * * * *
2            I N D E X
3  Examination By:                          Page
4  By Mr. Sulton ................................4
5
   Exhibits Identified:                     Page
6
   Exhibit 1 -  Snapshot of text messages from    18
7               Captain Witek's phone
8
   Items Requested:                         Page
9
   Text message re: description of Mr. Black       19
10
11
12  Disposition of Original Exhibit:
13  Attached to Original Transcript.
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
1            TRANSCRIPT OF PROCEEDINGS
2           (Exhibit No. 1 was marked.)
3           MARK W. WITEK, called as a witness
4    herein, having been first duly sworn on oath, was
5    examined and testified as follows:
6                 EXAMINATION
7  BY MR. SULTON:
8  Q   Good morning.  My name is William Sulton.  As I'm
9      sure you've figured out, I represent Dan Black in
10     this case.
11          Could you please state and spell your
12     name for the record.
13 A   Sure.  It's Mark W. Witek.  M-A-R-K, W for middle.
14     Last name is Witek, W-I-T-E-K.
15 Q   And what is your rank?
16 A   Captain.
17 Q   Is it okay if I call you Captain Witek?
18 A   Sure.  Or Mark.  Sure.
19 Q   And how long have you held the rank of captain?
20 A   Just over two years now.
21 Q   All right.  So that would be in 2015?
22 A   Yes.  April 19th, 2015.
23 Q   What rank did you hold before that?
24 A   Lieutenant.
25 Q   And how long did you hold that rank?
```

Page 5

```
1  A   Four years, maybe five.
2  Q   Okay.  What rank did you hold before lieutenant?
3  A   Sergeant.
4  Q   How long did you hold the sergeant rank?
5  A   Two years maybe, three years.
6  Q   Okay.
7  A   I was also a temporary sergeant back in 2003, also,
8      just for a ten-week period to help out.
9  Q   And what rank did you hold before your sergeant
10     rank?
11 A   Deputy sheriff I.
12 Q   And how long did you hold that rank?
13 A   Since April 19th of '96.
14 Q   Did you hold any other rank with the Milwaukee
15     Sheriff's Department?
16 A   No, sir.
17 Q   All right.  How long have you been a
18     law-enforcement officer?
19 A   21 years.  As of April 19th of '96.
20 Q   Have you worked for any other law-enforcement
21     agency other than the Milwaukee County Sheriff's
22     Department?
23 A   No, sir.
24 Q   I assume that when you were promoted to sergeant,
25     you had some supervisory duties?
```

Case 2:17-cv-00156-JPS   Filed 09/13/17   Page 2 of 18   Document 22-6

1  A  Yes.

2  Q  Did you have any supervisory duties before you

3     earned the rank of sergeant?

4  A  No, sir.

5  Q  Can you tell me what those supervisory duties were

6     when you were sergeant?

7  A  To manage the shift at approximately anywhere from

8     15 to 17 deputies on a shift with about eight to

9     nine working a day on that shift --

10 Q  And as we sit here --

11 A  -- oversee the shift duties.

12 Q  Sure, sure.

13        Anything else?

14 A  No.

15 Q  And as we sit here today, are there any other

16    duties that current sergeants have that you did not

17    perform?

18 A  Not that I could think of right now.

19 Q  Okay.  And when you earned the rank of lieutenant,

20    I imagine that that also came with some supervisory

21    duties as well, right?

22 A  Yes.  Yeah.  It became a little more administrative

23    stuff.

24 Q  Can you describe that for me?

25 A  Creating shift summaries and stuff, the day's

1     events; becoming shift commander for the agency,

2     which during off-peak hours we would be assigned

3     shift commanders for the whole agency to oversee

4     the various divisions within our agency.

5  Q  And what is a shift summary?

6  A  Just a -- we have a log and stuff that we keep the

7     day's events that would go to, like, the inspector

8     or something of -- there's one sent out every night

9     now by our captains on our patrol division; they

10    send out a nightly report --

11 Q  And when you say the "day's events" --

12 A  -- the day's events.

13 Q  When you say "day's events," do you mean stops,

14    arrests, tickets?

15 A  No.

16 Q  What do you mean?

17 A  That might be in there, but I don't send that out

18    at my division.  But the captains out at patrol do

19    send that one out.

20 Q  And as we sit here today, do you believe that the

21    folks that currently hold the rank of lieutenant

22    perform duties other than what you performed when

23    you were lieutenant?

24 A  No, I don't think so.  I think they're about the

25    same.

1  Q  Okay.  And then when you earned the rank of

2     captain, I assume that came with yet more

3     supervisory duties and functions?

4  A  Yeah.  Now I oversee the whole division at the

5     airport, the airport division.  I'm responsible for

6     all three shifts, all the duties at the airport

7     right now.  I oversee all of it.

8  Q  Okay.  And you've been doing that for about two

9     years, right?

10 A  Just over two years now, yes.

11 Q  Do you understand sort of the gist of this lawsuit

12    involving Dan Black and Sheriff Clarke?

13 A  Yes.

14 Q  Can you tell me how you became familiar with Dan

15    Black?

16 A  At the time I didn't know who he was when this

17    started.  I just had received a phone call from the

18    inspector, Inspector Edward Bailey, stating that

19    the sheriff -- I knew the sheriff was coming in,

20    because it's part of my duties to meet him when he

21    flies in and out, along with -- it's usually

22    myself, the inspector, a sergeant, and a canine

23    handler are usually there.  When the sheriff flies

24    out and when he flies back in, it's our duties to

25    be with him at that point.

1  Q  And were those duties assigned by the sheriff?

2  A  Yeah.  That's what he wants, yes.  So I guess yes.

3  Q  Okay.  And can you tell me about your conversation

4     with Inspector Bailey?

5  A  Yeah.  It was a very brief conversation on the

6     phone.  He called my phone; I was still at home

7     getting ready to come in.  He told me that -- he

8     might have asked if I was going in; I said, yes.

9     Because Inspector Bailey couldn't be there that

10    day, okay?  Whatever arrangements he had, he

11    couldn't be there.  So I said, yes, I was getting

12    ready.

13        And he told me that the sheriff was

14    coming in and that there was a -- I can't remember

15    the exact wordage, but there was a problem between

16    the sheriff and a person on a plane or something;

17    there was an issue on the plane between the sheriff

18    and somebody.  But the sheriff did not want us to

19    arrest the guy, just FI him.  Unless there was a

20    problem, then we would arrest, you know, if the guy

21    became a problem.  But just FI him.  And I said,

22    okay.

23 Q  When you said that he called your phone because you

24    were at home --

25 A  Yes.

1  Q  -- are we talking about a cell phone? Are we
2      talking about a landline?
3  A  **Cell phone.**
4  Q  Is this personal cell phone?
5  A  **Personal cell phone.**
6  Q  Do you have a work cell phone as well?
7  A  **Yes. I'm pretty sure it was my personal cell**
8      **phone. I should backtrack. I think it was my**
9      **personal cell phone that he called, yeah.**
10 Q  Do you know if that conversation was recorded?
11 A  **No, it was not recorded. My phones aren't**
12     **recorded.**
13 Q  Sure. What is --
14 A  **But I didn't know the person's name or anything at**
15     **that point. I had no idea what had occurred. The**
16     **sheriff's on a plane; I'm not able to talk to him.**
17     **Inspector Bailey, I don't know if he had ability to**
18     **talk to him. I have no idea.**
19 Q  And when you said "FI him," what do you mean by
20     that?
21 A  **Field interview.**
22 Q  And what is a field interview?
23 A  **See if -- we talk to somebody, gather some**
24     **information as to what happened, a reasonable --**
25     **you know -- we -- my understanding is something**

1      **occurred, and we didn't know what. But based on**
2      **the phone call from Inspector Bailey, I believe,**
3      **and his conversation with the sheriff, that we had**
4      **reason to believe something had occurred.**
5  Q  And what did you believe had occurred based on your
6      conversation with Inspector Bailey?
7  A  **I don't know what had occurred, but I believe that**
8      **possibly something that he could be arrested for,**
9      **the other person, because the sheriff said, don't**
10     **arrest him at this time.**
11         **So I don't know if the person was maybe**
12     **impaired, disorderly. I had no idea. But it led**
13     **me to believe that don't arrest him at this time**
14     **meant something possibly criminal could have**
15     **happened. But the sheriff was using discretion; he**
16     **didn't want us to make an arrest at that time.**
17 Q  Sure, sure.
18         If I could just back up to this
19     "FI/field interview" phrase, because I'm not sure
20     that I understand it.
21         As a part of your duties as captain, do
22     you teach or train subordinates on field
23     interviews?
24 A  **That's done through our academy.**
25 Q  Have you ever taught any subordinates?

1  A  **No. That's all done through the Milwaukee County**
2      **Sheriff's Training Academy.**
3  Q  Is there any field-training opportunity?
4         MR. BOHL: Object to the form of the
5      question. Do you understand it?
6         THE WITNESS: No. Field training, no. I
7      mean, do we teach it at the airport as part -- no,
8      they get all that training in the academy prior to
9      them going to another division or assigned
10     someplace. That's all done in the training
11     academy. And there's copies of the FI card in
12     there. They're standard. We all have the same
13     cards.
14 BY MR. SULTON:
15 Q  Sure, sure.
16         But, I mean, you're a captain at the
17     airport.
18 A  **Yes.**
19 Q  I assume folks come out of the academy and they're
20     assigned to, you know, a division that you control,
21     right, unit or -- for lack of a better term?
22 A  **Yeah, they do. I mean, they go to another**
23     **division. It's rare we get them at the airport**
24     **first, though. It's usually in the courts or out**
25     **at patrol.**

1      **But we haven't hired deputies now -- it**
2      **was 13 years we haven't hired a deputy sheriff**
3      **until -- when was it, two years ago we hired our**
4      **first class in 13 years. So we hadn't had any new**
5      **deputies, if you follow me there.**
6  Q  Sure, sure.
7         So in 2013 you hired this new class?
8  A  **2015.**
9  Q  Sorry. Your math is better than my math.
10 A  **Yeah, two years ago. And then we perhaps got a few**
11     **of them, but, again, their training was all**
12     **provided by the training academy, our training**
13     **academy. And they get reassigned to the airport**
14     **and -- yeah, we work with the new people, yes, but,**
15     **I mean, we don't have a thing where we take them**
16     **out and teach them how to FI somebody. That's**
17     **already done. They should have that training prior**
18     **to getting to us.**
19 Q  Okay. That makes sense. Okay.
20         So you didn't have any information from
21     Inspector Bailey as to what occurred on the
22     airplane?
23 A  **No, sir.**
24 Q  My understanding from your previous testimony was
25     that part of your job duties is to know when

Page 14

1　　Sheriff Clarke is coming in, right?
2　A　Yes.
3　Q　So when you received this call from Inspector
4　　Bailey, you were getting ready to go to the
5　　airport?
6　A　Yeah. Yeah. I was at home, and I think my phone
7　　rang and it was Inspector Bailey.
8　Q　How long does it take you to get from your home to
9　　the airport?
10　A　15, 20 minutes maybe.
11　Q　I would assume that if it takes you 15, 20 minutes
12　　to get to the airport, that you would want to get
13　　there before --
14　A　Yes.
15　Q　-- Sheriff Clarke arrives, right?
16　A　Yes.
17　Q　And in general, how much before do you get there?
18　A　Oh, I can't -- that varies, because if I have stuff
19　　to do, I'll go in earlier before he arrives.
20　Q　Sure. Do you remember on that day --
21　A　No.
22　Q　-- whether you got in earlier?
23　A　No.
24　Q　Is there any way to determine when you got to the
25　　airport?

Page 15

1　A　No.
2　Q　When is the --
3　A　I usually like -- if I get there, I like to get
4　　there -- just in my mind I can think probably
5　　anywhere from a half hour to an hour beforehand if
6　　I can, you know, because I change into my uniform.
7　　And I don't wear my uniform home; I keep everything
8　　at work. So I change, and then I try and watch the
9　　flight online to see where the flight is so I know
10　　what time that plane is going to be landing.
11　Q　When you say, "watch the flight," do you mean that
12　　little screen that shows the airplane and where
13　　it's traveling?
14　A　Yeah, exactly, FlightAware. Yes.
15　Q　So is it fair to say that you probably arrived at
16　　the airport between 30 and 60 minutes before the
17　　flight arrived?
18　A　I would say so, but I couldn't guarantee that. But
19　　that's probably fair.
20　Q　But we know for certain that you got there before
21　　the airplane got there, right?
22　A　Yes.
23　Q　And how familiar are you with FlightAware?
24　A　I just punch in the airline and then the flight
25　　number and track the flight.

Page 16

1　Q　Sure.
2　A　But my extent -- I'm not by any means a computer
3　　whiz or a cell-phone person.
4　Q　Sure, sure.
5　　　　Do you know how long it takes to fly
6　　from, say, Chicago to Milwaukee?
7　A　If I'm guessing --
8　　　　MR. BOHL: You don't have to guess,
9　　Captain.
10　BY MR. SULTON:
11　Q　Yeah, again, I'm not asking you to guess.
12　A　Again, are you talking about from when they close
13　　the jetway back and that plane is loaded, or are you just talking in-flight
14　　time? I mean, there's a difference there.
15　Q　Sure.
16　A　I mean, you know, because anytime they pull the
17　　jetway back and that plane is loaded, it could be
18　　another 20 minutes before they take off. But I
19　　would estimate, I don't know, total time maybe 40
20　　minutes from when they close that jet-bridge door
21　　to takeoff and landing. But I'm not sure.
22　Q　Sure. When you received this telephone call from
23　　Inspector Bailey, did you believe that whatever
24　　occurred on that airplane occurred in Milwaukee
25　　County?

Page 17

1　A　No, I don't believe it -- no. My understanding was
2　　it happened down -- I think the flight was from
3　　Dallas, I think. You said Chicago. I don't know
4　　what Chicago had to do with this.
5　Q　Sure, sure. And that's what I'm trying to get at.
6　　　　How did you arrive at -- how did you
7　　learn that whatever happened, happened in Dallas?
8　A　The sheriff said -- not the sheriff. Bailey said
9　　something happened on a plane. So it -- "on the
10　　plane" means it either happened in Dallas or in
11　　flight. And I'm guessing they were on the plane if
12　　they had a conversation, because I don't think they
13　　would use their cell phones when they're on the
14　　plane. So I believe they had to be on the plane,
15　　probably at the gate there. I'm not sure.
16　　　　I didn't ask him that. I'm just
17　　guessing it happened down in Dallas if that's where
18　　they -- the original flight started there.
19　Q　Sure. But when you're having this conversation
20　　with Inspector Bailey, who I believe is a superior,
21　　right?
22　A　Yes. Inspector.
23　Q　So when you're having this conversation with
24　　Inspector Bailey, you didn't believe that this
25　　occurred in Wisconsin?

1  A   No.

2  Q   If I could show you what's been marked as Exhibit 1

3      here, have you seen Exhibit 1 before?

4  A   **That's this one here?**

5  Q   Yes.

6  A   **Yes.  That's my cell phone snapshot that I provided**

7      **to Inspector Bailey.**

8  Q   Is this your personal cell phone?

9  A   **Yes.**

10 Q   Can you tell me -- if you look towards the top of

11     the page, it says, D. Clarke.  Do you see that?

12 A   **Yes.**

13 Q   And that's for Sheriff David Clarke, right?

14 A   **Right.**

15 Q   And the first message is, "Are you working?"

16     Right?

17 A   **Yes.**

18 Q   And that's from David Clarke, correct?

19 A   **Yes.**

20 Q   The second message is, "Yes, I just spoke to

21     Inspector Bailey, and he informed me of what was

22     going on."

23 A   **Correct.**

24 Q   That's you, right?

25 A   **Yes.**

1  Q   And we've talked about what Inspector Bailey told

2      you, right?

3  A   **Yes.  I mean, we talked about it, yes.**

4  Q   Yeah.  I mean today.

5  A   **Okay, yes.**

6  Q   Me and you today during this deposition talked

7      about everything that Inspector Bailey told you,

8      right?

9  A   **Yes.**

10 Q   Is there anything that Inspector Bailey told you

11     that we have not talked about?

12 A   **No, other than he provided me a text of what the**

13     **guy was wearing after the fact -- or a description**

14     **of the subject, white male, thirties, wearing -- I**

15     **think he said safari hat.  That was it.**

16 Q   Do you still have that text message?

17 A   **Yes.**

18         MR. SULTON:  Could you produce it?

19         MR. BOHL:  Sure.

20         **THE WITNESS:  Do you want to see it?**

21         MR. BOHL:  Not right now.  We're not

22     going to go into your phone right now, but we will

23     produce it.

24         **THE WITNESS:  That was the extent of my**

25     **conversation with Inspector Bailey prior to -- or**

1  **when this -- I seen this afterwards, because I**

2  **didn't even know I had this text until after I**

3  **spoke to Inspector Bailey.  Because I had my phone**

4  **in my hand, and then I seen I had a message on**

5  **there.**

6         MR. SULTON:  Sure.  Mr. Bohl, maybe we

7      can take a break and just print it off.  You would

8      have an opportunity to look at it, and then I won't

9      have to re-call him or anything.

10         MR. BOHL:  Why don't you just ask him

11     what it says.  We'll give it to you.  I just want

12     to get this over with.

13         **THE WITNESS:  White male, thirties,**

14     **wearing a safari hat is all it says.**

15         MR. SULTON:  I mean, it's going to take,

16     like, a second to copy this thing.

17         MR. BOHL:  I can see the captain is

18     following my instructions.

19         **THE WITNESS:  Oh.  Do you want me to --**

20         MR. BOHL:  Sure.  Go ahead.

21         **THE WITNESS:  No, when you said, tell him**

22     **what it said, I thought you wanted me to --**

23         MR. SULTON:  I mean, if we take a quick

24     break and just copy it, I mean, it's going to take

25     a minute.  This deposition is not going to take

1      very long.

2         **THE WITNESS:  "W/M" for white male,**

3      **"thirties, safari hat," whatever that means, "in**

4      **coach."  That's exactly what it says.**

5  BY MR. SULTON:

6  Q   Is there any other message he sent you?

7         MR. BOHL:  "He," being Bailey or Clarke?

8  BY MR. SULTON:

9  Q   Is there any other message that Bailey -- Inspector

10     Bailey sent you?

11 A   **Yeah, I got several on my phone, but from days**

12     **after that and stuff.  I mean --**

13 Q   Sorry, relating to Dan Black.

14 A   **He just says, "Copy" -- I'm sorry.  I said, "Copy."**

15     **And afterwards I said, "Everything's good, he's on**

16     **his way."  And just a picture he sent me.  That was**

17     **it.**

18 Q   A picture of what?

19 A   **Just a picture.  Not of like --**

20 Q   Sure.

21         MR. BOHL:  Does it have anything to do

22     with this case?

23         **THE WITNESS:  Just when I --**

24 BY MR. SULTON:

25 Q   Is it like an emoji or something?

1  A   I guess.

2  Q   All right. Back to Exhibit 1 here, is there
3     anything else that you and Inspector Bailey
4     communicated?

5  A   **Our conversation was brief, I think, and exactly**
6     **what I told you. That was it.**

7  Q   Sure. So then the third message on Exhibit 1 says,
8     "We will meet you."

9             That's also you, right?

10 A   **Right. That's just -- we're always there to meet**
11    **him. So I didn't want him to think -- you know,**
12    **we're always there to meet him. And that's it.**

13 Q   And this third message that says, "10-4. Just a
14    field interview. No arrest unless he becomes an
15    asshole unto you guys."

16             MR. BOHL: Your guys.

17             THE WITNESS: Your guys.

18 BY MR. SULTON:

19 Q   "Question for him is why he said anything to me.
20    Why didn't he just keep his mouth shut. Follow him
21    to baggage and out the door. You can escort me to
22    carousel after I point him out."

23 A   **Correct.**

24 Q   That's Sheriff Clarke, right?

25 A   **Yes. And pretty much that's almost, I think,**

1     exactly what Ed Bailey said, you know, to what
2     you're reading right there.

3  Q   All right. Did you go to the gate to meet Mr. --
4     Sheriff Clarke?

5  A   **Yes.**

6  Q   Tell me what happened.

7  A   **When I got to work, myself, Sergeant Sajdowitz,**
8     **Karen Mills who is the canine handler, along with**
9     **her dog, Steve Paull, and Deputy Hartung went up to**
10    **the gate, and we waited for the plane to pull up.**

11             **Once the sheriff came off the plane, he**
12    **walked up to us. I think I saluted him. I might**
13    **have grabbed his bag; I don't remember. We waited**
14    **I can't tell you how long, briefly, because I think**
15    **Mr. Black came off shortly after the sheriff. And**
16    **I think Sergeant Sajdowitz asked the sheriff if**
17    **that was him, and I think the sheriff identified**
18    **him as the subject. And Deputy Paull and Hartung,**
19    **then, were going to do a field interview, and**
20    **Sergeant Sajdowitz, myself, and Karen Mills left**
21    **with the sheriff to escort him down to the baggage**
22    **carousel.**

23 Q   And what did you do after that?

24 A   **We went downstairs to the baggage carousel. The**
25    **sheriff said he would wait outside. I asked the**

1     **sheriff if he wanted a report. He said, no, just**
2     **have the deputies make daybook entries.**

3             **And Sergeant Sajdowitz -- I went outside**
4     **with the sheriff with his bag, and he was going to**
5     **wait outside by his vehicle, which normally he'll**
6     **wait inside, but that day he decided to wait**
7     **outside I'm guessing, because whatever happened, he**
8     **didn't want things to escalate; it was probably**
9     **better for him to remove himself from the carousel**
10    **in case the subject did -- whatever the issue was**
11    **wouldn't escalate down in baggage. That's why I**
12    **believe why he waited outside.**

13             **So I went back inside to the carousel**
14    **with Karen Mills, and we waited for the sheriff's**
15    **bags. We got his bags, loaded his bags, and that**
16    **was it.**

17 Q   What did you do after that?

18 A   **Went back to the office. Deputy Paull and Hartung**
19    **came in there. I told them the sheriff said just**
20    **make daybook entries.**

21 Q   Did you have any conversation with them about the
22    field interview?

23 A   **Might have been a brief conversation, but --**

24 Q   Do you remember it?

25 A   **I think just that they said that the guy had**

1     questioned the sheriff on what he was wearing. And
2     I think that was probably it. And then I think I
3     changed and went home.

4  Q   Do you know what a Terry stop is?

5  A   **Yeah. Reasonable suspicion, you know, to pat**
6     **somebody down -- question them, pat them down.**

7  Q   Just so I understand, your understanding of a Terry
8     stop is you need reasonable suspicion to pat
9     somebody down?

10 A   **Question them and pat them down, yes.**

11 Q   Do you believe that a field interview is different
12    from a Terry stop?

13 A   **Yeah, I believe there was -- I believe something**
14    **had happened on the plane, okay? And the sheriff's**
15    **text message questioned why he said anything to me,**
16    **why he didn't just keep his mouth shut led me to**
17    **believe that something kept going on. You know,**
18    **why he didn't just keep his mouth shut, so that**
19    **tells me this is going on. I don't know.**

20             **So I had reason to believe based on, you**
21    **know, the sheriff's got 30-some years**
22    **law-enforcement experience, Inspector Bailey's got,**
23    **you know, 25 years, 26 years. These guys are**
24    **calling me telling me something happened, and they**
25    **just wanted the guy FI'd.**

**Page 26**

1      I know the sheriff has had threats on

2 planes in the past. There was one where there was

3 an arrest made. There was another incident I

4 believe down in Dallas where two females weren't

5 allowed to board because there was an incident

6 involving them and the sheriff down in Dallas, and

7 that flight was delayed. And I got that

8 information from Inspector Bailey. And that was

9 prior to this incident. This was right after the

10 incident down in Fort Lauderdale where the

11 gentleman got to his bag and pulled out a gun and

12 started shooting people down there.

13      So I know the sheriff has had threats

14 made against him. So I don't know if there was a

15 threat made or what was said, I didn't know. But I

16 believe there was something that had occurred that

17 caused the sheriff to have some concern.

18 Q   To be clear, Inspector Bailey directed you to FI

19    Dan Black, right?

20 A   Yes, but then so did the sheriff afterwards. But

21    it first came from Inspector Bailey, yes.

22 Q   Sure. Both Inspector Bailey and Sheriff David

23    Clarke are your superiors, right?

24 A   Yes.

25 Q   And essentially they told you what to do, right?

**Page 27**

1 A   Yes.

2 Q   And what I want to know is -- because I'm not

3    clear, right?

4 A   Okay.

5 Q   -- whether you believe that you needed reasonable

6    suspicion to conducted a field interview or not.

7 A   Well, like I said, I believe I had it based on what

8    they had told me.

9 Q   Sure. And I'm not saying --

10 A   Right.

11 Q   -- did you or did you not have it. What I want to

12    know is in general, right, the term "field

13    interview," do you believe that as you guys use

14    that term, that that means you need reasonable

15    suspicion to stop somebody?

16 A   I don't know if it's the same as, like, a Terry

17    stop reasonable suspicion. I believe that perhaps

18    either a crime was committed or may be committed,

19    okay?

20 Q   Sure. Well, I want to make sure that we're talking

21    about the same thing, okay, because I'm not sure.

22      You agree with me that you need to have

23    probable cause to arrest somebody?

24 A   Yes.

25 Q   All right. You agree with me that you have to have

**Page 28**

1 reasonable suspicion that somebody is armed and

2 dangerous in order to conduct a frisk, right?

3 A   Yes.

4 Q   And you agree with me that you need reasonable

5    suspicion to stop somebody to question them, right?

6 A   Yes.

7 Q   And so --

8 A   Unless it's consensual and we ask somebody if we

9    can talk to them and that's fine, you know,

10    consensual encounter.

11 Q   Right. But you understood as it related to Dan

12    Black that there was not consent, right?

13      MR. BOHL: Object to the form of the

14    question. Lacking foundation. It's vague. It's

15    argumentative.

16      THE WITNESS: I didn't question him, so I

17    don't know.

18 BY MR. SULTON:

19 Q   Okay. But you agree with me that in order to stop

20    someone to question them, you need reasonable

21    suspicion?

22 A   And I believe we had it in this case here based on

23    my conversation with Inspector Bailey and the

24    sheriff's text message. Yes, I believe we had

25    that.

**Page 29**

1 Q   Let's focus on the text message, right? It's

2    broken down in four sentences. The first sentence

3    says, "Just a field interview. No arrest unless he

4    becomes an asshole with your guys."

5 A   Correct.

6 Q   What about that sentence led you to believe that

7    there was reasonable suspicion that Mr. Black was

8    planning a crime, had committed a crime, or was

9    committing a crime?

10 A   Something on the plane between him and --

11 Q   I'm saying --

12 A   You're asking me about that one sentence, right?

13 Q   Right. What about that one sentence?

14 A   I believe that -- he's saying, "unless he becomes

15    an asshole with your guys." Does that mean he was

16    an asshole with the sheriff? I don't know. I

17    wasn't on the plane, and I wasn't able to

18    communicate with him.

19 Q   Is assholism a crime?

20 A   No, and we wouldn't arrest him for that either. I

21    mean, what's an asshole? If the deputies approach

22    him and he didn't want to talk to them, might I

23    think somebody might be an asshole? Yeah. But is

24    that reason to arrest them? No. But if they

25    become disorderly, you know, they start punching a

1   **wall, cussing out in a public place, you know,**
2   **causing a big disturbance, then that's the**
3   **difference, okay?  That's what I took that to mean.**
4            **But him not wanting to talk to us,**
5   **that's not being an asshole, anything that we would**
6   **arrest somebody for.  That wouldn't happen.  We've**
7   **never done that, and we wouldn't do that.**
8   Q   If you look, again, at this text message, the --
9       where it says, "Question for him is why he said
10      anything to me.  Why didn't he just keep his mouth
11      shut."
12            Is there anything in there that suggests
13      to you that Mr. Black committed a crime, was
14      planning a crime?
15  A   **Well, I'd have to put that in with the first**
16      **sentence where it says "asshole."  What happened on**
17      **that plane?  Was he disorderly on the plane?  You**
18      **know, so I have to look at the whole thing and not**
19      **just the second sentence, because the first one**
20      **tells me, okay, perhaps this guy was an asshole on**
21      **the plane.  And I don't know what that means.  I**
22      **couldn't communicate with the pilot, the flight**
23      **attendants, or the sheriff.  So I believe**
24      **something, again, occurred on the plane, but**
25      **without being able to communicate with them --**

1   **something happened.**
2   Q   But more specifically, you believed that something
3       occurred on the plane outside the state of
4       Wisconsin, right?
5   A   Yes.
6   Q   And you understand --
7   A   **And according to the D.A.'s office, if it happens**
8       **on a plane, we have jurisdiction if the plane lands**
9       **in Milwaukee.**
10            MR. BOHL:  Captain, just answer the
11      question.
12            THE WITNESS:  Okay.
13  BY MR. SULTON:
14  Q   Sure.  Well, let's talk about that.  Which district
15      attorney's office are we talking about?
16  A   **The Milwaukee District Attorney's Office.  We've**
17      **had -- being at the airport for a number of years,**
18      **that's the direction that we've been given, that if**
19      **it does happen -- but then on the other hand, we've**
20      **had D.A.s that didn't want to charge something,**
21      **because it didn't -- you know, so that's --**
22  Q   Sure.  I want to talk about that, because --
23            MR. BOHL:  Were you done with your
24      answer?
25            THE WITNESS:  I'm done with my answer,

1   yeah.
2   BY MR. SULTON:
3   Q   Because I want to be clear, because right now --
4   A   **So my understanding is yes, if it happens somewhere**
5       **else and it lands in Milwaukee, because it happened**
6       **on a plane we can still deal with it there.**
7            **We get a number of -- and stop me if you**
8       **have to.  But we get diverted flights where it**
9       **didn't necessarily happen in the state of Wisconsin**
10      **but somewhere else, but it gets diverted here, and**
11      **we can take police action here, correct.**
12  Q   And when you say, "on the plane," you mean in the
13      air?
14  A   **Right, or -- yes, in the air, yes.**
15  Q   And just so I'm clear about your role in this
16      organization -- because I'm not clear -- are you
17      the top-ranking official at the airport?
18  A   Yes.
19  Q   All right.
20  A   **And I answer to a deputy inspector and inspector**
21      **and the sheriff.**
22  Q   Okay.  But my understanding is that the sheriff is
23      the top guy?
24  A   Yes.
25  Q   The inspector is beneath him?

1   A   Yes.
2   Q   And then the deputy inspector is beneath him?
3   A   Yes.
4   Q   And then you've got captains?
5   A   **Yes.  We have two inspectors and I guess, like,**
6       **four deputy inspectors.  I'm not sure.**
7   Q   But you're basically --
8   A   **Responsible for the airport division, yes, captain.**
9   Q   All right.  So what I want to know is, how did you
10      learn that you had jurisdiction to deal with
11      something that happens on an airplane?  I know you
12      said that you got it from the district attorney's
13      office, and what I want to know is, is this a
14      memorandum or a conversation?  I mean, what are we
15      talking about?
16  A   **No, it was just a conversation that we had.  I**
17      **think we had presented a case, I don't know, many**
18      **years ago.**
19  Q   Have you ever had any training on what your
20      jurisdiction is?
21  A   **No.  But if it happens on a plane and it lands in**
22      **Milwaukee, we're taking police action.**
23            **If somebody assaulted you on the plane**
24      **and you were coming from Chicago and you were still**
25      **over the state of Illinois, when it lands in**

Page 34

1  Milwaukee, we're not going to make the plane go
2  back to Illinois or we're not going to not do
3  anything because it didn't happen here. We're not
4  going to do that.
5  Q  Sure. But my question was --
6  A  And I think that's the expectation.
7  Q  -- about your training.
8  A  Yes.
9  Q  Wisconsin does require you to have 24 hours of
10    training a year, doesn't it?
11 A  Yes.
12 Q  And I imagine that you've kept up with your
13    training throughout your career?
14 A  Yes.
15 Q  Which -- when did it begin, in the '90s?
16 A  Yes. '96.
17 Q  So you've had at least 24 hours of training every
18    year since the '90s?
19 A  But we haven't had specific training as to when
20    a -- in regards to an aircraft coming in and -- or
21    where it departed and, you know, do we have
22    jurisdiction when it comes in here. Our
23    understanding is yes, we do.
24 Q  You do know what I mean by jurisdiction, though,
25    right?

Page 35

1  A  Yes.
2      MR. BOHL:  Object to the form of the
3  question. That's obnoxious.
4  BY MR. SULTON:
5  Q  Do you have jurisdiction to arrest someone in
6  La Crosse?
7  A  No. I wouldn't. I would inform the authorities
8     there and just make myself a good witness.
9  Q  And how do you know that?
10 A  Because I'm a Milwaukee County sheriff's deputy. I
11    don't work in La Crosse. I'm not up there making
12    arrests.
13        Now, if we were in a pursuit and we left
14    Milwaukee County, then that changes things.
15 Q  Did you communicate with any other officers prior
16    to going to the gate?
17 A  Yeah, Deputy Paull and Sergeant Sajdowitz. I think
18    I had contacted Sergeant Sajdowitz after receiving
19    a call and text message from the sheriff. Sergeant
20    Sajdowitz was the on-duty supervisor at the airport
21    at that time, and I informed him of, you know, just
22    what I was told from Inspector Bailey and the text
23    message from the sheriff.
24 Q  Okay.
25 A  And then I -- Deputy Paull and Hartung were

Page 36

1  assigned, you know, to come upstairs.
2      And I don't remember what their
3  assignments were that day. They might have been --
4  if we have seven to nine deputies working at the
5  airport, each one is responsible for certain areas.
6  We have mobile squads patrol the perimeter and the
7  inside fence area of the airport; we have deputies
8  assigned to baggage and ticketing; we have deputies
9  assigned to the concourse. And so --
10 Q  So in general, it's -- I think you said it would be
11    you; a canine unit, which is a person and a
12    handler; and another officer. Right?
13 A  And the inspector.
14 Q  And the inspector. So it's normally those four?
15 A  Four.
16 Q  Now, the inspector was unavailable, so you picked
17    up the other two deputies?
18 A  No. We asked the other two deputies to come up
19    there to conduct a field interview.
20 Q  Oh, I see. So --
21 A  So I showed Deputy Paull -- that's what I was
22    getting at. I contacted Sergeant Sajdowitz prior
23    to me coming to the airport just to tell him, hey,
24    this is what I was told by the inspector and a text
25    message I got from the sheriff. And I told him I

Page 37

1  would be in as I always am to meet the sheriff.
2  Q  Do you know whether your conversations with Paull
3  and Hartung were recorded?
4  A  No, they weren't on the phone. This was Sergeant
5  Sajdowitz I spoke to on the phone.
6  Q  Okay.
7  A  So then when I got to the airport, I didn't speak
8  to Deputy Paull, I think, prior to going up to the
9  gate -- I mean, I'm sorry, I spoke to Deputy Paull.
10    And I just showed him, I said, Paull, this is the
11    only information I know right now from the sheriff,
12    this is the text I got. And I showed him my text.
13        And I didn't speak to Deputy Hartung I
14    don't believe. Maybe at the gate we might have
15    talked about stuff, but I don't remember, you know.
16    Might not even be relevant to any of this; it might
17    have just --
18 Q  Sure. You just don't remember whether it's
19    relevant or not?
20 A  Yeah.
21 Q  Is there anything about your conversations with
22    Paull or Hartung that we haven't talked about?
23 A  No. I just told him this is all I know, this is
24    all I have. And that was just with Deputy Paull.
25    And, you know, I'm sure Hartung was probably aware

1   of it at this point.  He was contacted I think by
2   our dispatch, and he was dispatched to go up there
3   to the gate with Deputy Paull.
4           Originally, it might have been Deputy
5   Alex Colon that was dispatched up there.  But
6   Inspector Bailey had dropped off the sheriff's car
7   earlier in the morning, because he couldn't be
8   there for the flight.  So instead of sending Deputy
9   Colon, who was a second-shift deputy, up there, we
10  reassigned him to just take the sheriff's car and
11  pull it over onto the ticketing drive but the
12  baggage side.
13          I don't know if you're familiar with our
14  airport.  You have two drives; one's arrivals and
15  one's departures.  So if you come in on departures,
16  on the other side of the road that's the back side
17  of baggage claim.  So we normally stage the
18  sheriff's car there and have a deputy sit with his
19  car.  And that's where we had Deputy Colon wait
20  with the sheriff's car while we went --
21 Q   And that's underneath?
22 A   Yes.  Yes, exactly.  Underneath the overhang there.
23     And the rest of us, we went upstairs.
24          But, like I said, it's normally the
25     inspector, myself, the canine with her dog, and the

1   sergeant.  There's usually four of us that escort
2   the sheriff in and out any time he's at the
3   airport.
4  Q   Did you direct any of the deputies as to where they
5      should conduct --
6  A   No, sir.
7  Q   -- the field interview?
8  A   No, sir.
9  Q   Now, Captain Witek; is that right?
10 A   Witek.
11 Q   Sorry.  Captain Witek.  Sorry.
12          You've been a law-enforcement officer
13     for a long time, right?
14 A   Um-hmm.
15 Q   And some people are just jerks, right, and they'll
16     say mean things to law-enforcement officers just
17     because they wear the badge, right?
18 A   Yes.
19 Q   You don't always stop those people, right?
20 A   We have to have a thick skin.
21 Q   And some people are even, in Sheriff Clarke's
22     words, assholes, right?
23 A   Um-hmm.  Like I said, that's not reason enough to
24     arrest them.
25 Q   Were you aware that the deputies that stopped

1   Mr. Black took his ID?
2  A   I am now.  But at the time that they did, no, I
3      didn't know that.
4  Q   Is that standard protocol for a stop?
5  A   When we'll talk to somebody, we'll ask if we can
6      see their ID.  Just like on traffic stops, you
7      know, if I ask a passenger, "Do you mind if I see
8      your ID," and they give us their ID, yeah.  What we
9      like to do is just know who we're talking to.
10 Q   Is it standard to run a wanted or warrant check?
11 A   Yeah.  When we get that information, yes.
12 Q   And you're aware that that's what happened to
13     Mr. Black?
14 A   Yes.
15 Q   Do you know where that wanted or warrant check is?
16 A   What do you mean?
17 Q   Well, when you run a wanted or warrant check, it's
18     run through a computer system, right?
19 A   Yeah.  On the computer, yeah.  We would have ran
20     that in the dispatch, yeah.
21 Q   And there's a record created of that being run,
22     right?
23 A   Yes, there should be, yes, with the State, yes.
24 Q   Do you know where that record is kept?
25 A   No.  I mean, we don't keep a paper record of it,

1   no, but I'm sure you could get that from the State
2   showing that we ran it, you know, through NCIC
3   and -- in the state of Wisconsin, yes.  I mean, we
4   don't print that all out, no.
5  Q   Sure.  But it's possible to print it out?
6  A   Oh, yeah, definitely it is.  But we don't always
7      print them out.  We would be wasting paper if
8      somebody's not wanted and we don't need that.  Why
9      print it just to shred it?  So I don't know if
10     anything was printed that day.  I don't know.
11 Q   Is that standard for a field interview to get
12     someone's ID and run a wanted or warrant check?
13 A   Yes.  I would say we do that, yes.
14 Q   Did you direct any of the deputies to --
15 A   To do that?
16 Q   -- to take Mr. Black's ID and run a wanted or
17     warrant check?
18 A   No.
19 Q   Did you review any of the daybook entries from
20     Deputies Paull or Hartung?
21 A   Since this incident, I've looked at them, we
22     reviewed -- I looked at them yesterday with
23     Mr. Bohl here when we were provided the packet,
24     yeah.
25 Q   Okay.  So you didn't have any reason to look at

Page 42

1  them before then?
2  A   I did when I -- I take that back.
3          When the county auditor asked for the
4      information and Inspector Bailey told me to obtain
5      the daybook entries and provide him the information
6      so he could send it to the county auditors, yes.
7  Q   That's the only time you looked at the daybook
8      entries?
9  A   Yeah.  Yeah.  I didn't look at them that day or
10     after that, yeah.
11 Q   And presumably, that's because you had a
12     conversation with the deputies, right?
13 A   Yeah.  Just told them to make daybook entries, yes.
14 Q   Have you had any conversation with the county
15     auditor's office about their investigation?
16 A   Yeah, I spoke to -- I don't remember -- his last
17     name I think was Hart.  And that was just -- he
18     was -- the information he wanted I don't think I
19     was able to get him everything, because the deputy
20     was on vacation.  So I told him as soon as I would
21     get it -- I believe that was my conversation with
22     him -- I would send him everything.
23 Q   Which deputy was that?
24 A   I don't remember.  We gave them everybody that was
25     working that day.  They asked for everybody's, not

Page 43

1      just the ones involved with this, but everybody
2      working that day, I think.  Whatever the
3      information was, I eventually sent it to Inspector
4      Bailey.
5  Q   Did Mr. Hart ever ask to interview you?
6  A   Yes.  But I wasn't there when he asked, so I didn't
7      speak with him that day.  I had spoken to Inspector
8      Bailey stating -- telling him that there was a
9      county auditor at the airport office, but I was off
10     grounds, off site.  And he said -- I don't remember
11     what he said, but not -- he would take care of it,
12     something to that effect, you know.  So we
13     weren't -- all the interviews would have to go
14     through the front office is what we were told if
15     they wanted to speak to us; they would arrange for
16     the interviews.
17 Q   When you say "the front office," you mean --
18 A   The sheriff's administration office, yes.
19 Q   And I assume there haven't been any such
20     interviews.  Right?
21 A   No.  Not with the county auditors, no.
22 Q   And is that because Sheriff Clarke --
23 A   I don't know.
24 Q   -- made a decision?
25 A   I'm not privy to that information.

Page 44

1  Q   Above your pay grade?
2  A   It's above my pay grade.
3  Q   I hear you.
4          It's my understanding that Inspector
5      Bailey has since retired?
6  A   Yes.
7  Q   Do you know when he retired?
8  A   March 30th, I think.  I believe it was March 30th,
9      but I'm not sure.  I think.  Of this year.
10 Q   All right.  Earlier I think you said you had talked
11     to a Deputy Sajdowitz?
12 A   Sergeant Sajdowitz.
13 Q   Sergeant Sajdowitz.
14 A   Sajdowitz.
15 Q   By phone?
16 A   Yes, by phone.
17 Q   And do you know if that call was recorded?
18 A   No, I don't think so.  I think I called him on his
19     personal phone.  I don't remember.  Because if you
20     call the supervisor's number and he's in the
21     office, deputies never answer it.  So I know if I
22     want to get a hold of him, I'll call him on his
23     personal phone because they don't have agency cell
24     phones.
25         MR. SULTON:  Okay.  All right.  That's

Page 45

1  all I have.
2          (Proceedings concluded at 9:52 a.m.)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Case 2:17-cv-00156-JPS   Filed 09/11/24   Page 12 of 18   Document 22-6

```
1   STATE OF WISCONSIN  )
                        ) SS:
2   COUNTY OF MILWAUKEE )

3

4

5              I, SARAH A. HART, RPR, RMR, CRR, and
6      Notary Public in and for the State of Wisconsin, do
7      hereby certify that the above deposition was
8      recorded by me on May 17, 2017, and reduced to
9      writing under my personal direction.
10             I further certify that I am not a
11     relative or employee or attorney or counsel of any
12     of the parties, or a relative or employee of such
13     attorney or counsel, or financially interested
14     directly or indirectly in this action.
15             In witness whereof, I have hereunder set
16     my hand and affixed my seal of office at Milwaukee,
17     Wisconsin, this 24th day of May, 2017.
18

19

20

21        _____
                     Notary Public
22           In and for the State of Wisconsin
23

24  My commission expires:  October 6, 2018
25
```

| Exhibits | A | | | |
|---|---|---|---|---|

**Exhibits**

**Witek Mark 0517 17 Ex.1**

**1**

**1** 4:2 18:2,3 22:2,7
**10-4** 22:13
**13** 13:2,4
**15** 6:8 14:10,11
**17** 6:8
**19th** 4:22 5:13,19

**2**

**20** 14:10,11 16:18
**2003** 5:7
**2013** 13:7
**2015** 4:21,22 13:8
**21** 5:19
**24** 34:9,17
**25** 25:23
**26** 25:23

**3**

**30** 15:16
**30-some** 25:21
**30th** 44:8

**4**

**40** 16:19

**6**

**60** 15:16

**9**

**90s** 34:15,18
**96** 5:13,19 34:16
**9:52** 45:2

**A**

**a.m.** 45:2
**ability** 10:17
**academy** 11:24 12:2,8,11,19 13:12,13
**action** 32:11 33:22
**administration** 43:18
**administrative** 6:22
**agency** 5:21 7:1,3, 4 44:23
**agree** 27:22,25 28:4,19
**ahead** 20:20
**air** 32:13,14
**aircraft** 34:20
**airline** 15:24
**airplane** 13:22 15:12,21 16:24 33:11
**airport** 8:5,6 12:7, 17,23 13:13 14:5, 9,12,25 15:16 31:17 32:17 33:8 35:20 36:5,7,23 37:7 38:14 39:3 43:9
**Alex** 38:5
**allowed** 26:5
**anytime** 16:16
**approach** 29:21
**approximately** 6:7
**April** 4:22 5:13,19
**area** 36:7
**areas** 36:5
**argumentative** 28:15
**armed** 28:1
**arrange** 43:15
**arrangements** 9:10

**arrest** 9:19,20 11:10,13,16 22:14 26:3 27:23 29:3, 20,24 30:6 35:5 39:24
**arrested** 11:8
**arrests** 7:14 35:12
**arrivals** 38:14
**arrive** 17:6
**arrived** 15:15,17
**arrives** 14:15,19
**assaulted** 33:23
**asshole** 22:15 29:4,15,16,21,23 30:5,16,20
**assholes** 39:22
**assholism** 29:19
**assigned** 7:2 9:1 12:9,20 36:1,8,9
**assignments** 36:3
**assume** 5:24 8:2 12:19 14:11 43:19
**attendants** 30:23
**attorney's** 31:15, 16 33:12
**auditor** 42:3 43:9
**auditor's** 42:15
**auditors** 42:6 43:21
**authorities** 35:7
**aware** 37:25 39:25 40:12

**B**

**back** 5:7 8:24 11:18 16:17 22:2 24:13,18 34:2 38:16 42:2
**backtrack** 10:8
**badge** 39:17
**bag** 23:13 24:4 26:11
**baggage** 22:21 23:21,24 24:11

36:8 38:12,17
**bags** 24:15
**Bailey** 8:18 9:4,9 10:17 11:2,6 13:21 14:4,7 16:23 17:8, 20,24 18:7,21 19:1,7,10,25 20:3 21:7,9,10 22:3 23:1 26:8,18,21,22 28:23 35:22 38:6 42:4 43:4,8 44:5
**Bailey's** 25:22
**based** 11:1,5 25:20 27:7 28:22
**basically** 33:7
**begin** 34:15
**believed** 31:2
**beneath** 32:25 33:2
**big** 30:2
**Black** 4:9 8:12,15 21:13 23:15 26:19 28:12 29:7 30:13 40:1,13
**Black's** 41:16
**board** 26:5
**Bohl** 12:4 16:8 19:19,21 20:6,10, 17,20 21:7,21 22:16 28:13 31:10, 23 35:2 41:23
**break** 20:7,24
**briefly** 23:14
**broken** 29:2

**C**

**call** 4:17 8:17 11:2 14:3 16:22 35:19 44:17,20,22
**called** 4:3 9:6,23 10:9 44:18
**calling** 25:24
**canine** 8:22 23:8 36:11 38:25
**captain** 4:16,17, 19 8:2 11:21 12:16 16:9 20:17 31:10

33:8 39:9,11
**captains** 7:9,18 33:4
**car** 38:6,10,18,19, 20
**card** 12:11
**cards** 12:13
**care** 43:11
**career** 34:13
**carousel** 22:22 23:22,24 24:9,13
**case** 4:10 21:22 24:10 28:22 33:17
**caused** 26:17
**causing** 30:2
**cell** 10:1,3,4,5,6,7, 9 17:13 18:6,8 44:23
**cell-phone** 16:3
**change** 15:6,8
**changed** 25:3
**charge** 31:20
**check** 40:10,15,17 41:12,17
**Chicago** 16:6 17:3,4 33:24
**claim** 38:17
**Clarke** 8:12 14:1, 15 18:11,13,18 21:7 22:24 23:4 26:23 43:22
**Clarke's** 39:21
**class** 13:4,7
**clear** 26:18 27:3 32:3,15,16
**close** 16:12,20
**coach** 21:4
**Colon** 38:5,9,19
**commander** 7:1
**commanders** 7:3
**committed** 27:18 29:8 30:13
**committing** 29:9
**communicate**

29:18 30:22,25 35:15

**communicated** 22:4

**computer** 16:2 40:18,19

**concern** 26:17

**concluded** 45:2

**concourse** 36:9

**conduct** 28:2 36:19 39:5

**conducted** 27:6

**consensual** 28:8, 10

**consent** 28:12

**contacted** 35:18 36:22 38:1

**control** 12:20

**conversation** 9:3, 5 10:10 11:3,6 17:12,19,23 19:25 22:5 24:21,23 28:23 33:14,16 42:12,14,21

**conversations** 37:2,21

**copies** 12:11

**copy** 20:16,24 21:14

**correct** 18:18,23 22:23 29:5 32:11

**county** 5:21 12:1 16:25 35:10,14 42:3,6,14 43:9,21

**courts** 12:24

**created** 40:21

**Creating** 6:25

**crime** 27:18 29:8, 9,19 30:13,14

**criminal** 11:14

**Crosse** 35:6,11

**current** 6:16

**cussing** 30:1

## D

**D.a.'s** 31:7

**D.a.s** 31:20

**Dallas** 17:3,7,10, 17 26:4,6

**Dan** 4:9 8:12,14 21:13 26:19 28:11

**dangerous** 28:2

**David** 18:13,18 26:22

**day** 6:9 9:10 14:20 24:6 36:3 41:10 42:9,25 43:2,7

**day's** 6:25 7:7,11, 12,13

**daybook** 24:2,20 41:19 42:5,7,13

**days** 21:11

**deal** 32:6 33:10

**decided** 24:6

**decision** 43:24

**delayed** 26:7

**departed** 34:21

**Department** 5:15, 22

**departures** 38:15

**deposition** 19:6 20:25

**deputies** 6:8 13:1, 5 24:2 29:21 36:4, 7,8,17,18 39:4,25 41:14,20 42:12 44:21

**deputy** 5:11 13:2 23:9,18 24:18 32:20 33:2,6 35:10,17,25 36:21 37:8,9,13,24 38:3, 4,8,9,18,19 42:19, 23 44:11

**describe** 6:24

**description** 19:13

**determine** 14:24

**difference** 16:14 30:3

**direct** 39:4 41:14

**directed** 26:18

**direction** 31:18

**discretion** 11:15

**disorderly** 11:12 29:25 30:17

**dispatch** 38:2 40:20

**dispatched** 38:2, 5

**district** 31:14,16 33:12

**disturbance** 30:2

**diverted** 32:8,10

**division** 7:9,18 8:4,5 12:9,20,23 33:8

**divisions** 7:4

**dog** 23:9 38:25

**door** 16:13,20 22:21

**downstairs** 23:24

**drive** 38:11

**drives** 38:14

**dropped** 38:6

**duly** 4:4

**duties** 5:25 6:2,5, 11,16,21 7:22 8:3, 6,20,24 9:1 11:21 13:25

## E

**earlier** 14:19,22 38:7 44:10

**earned** 6:3,19 8:1

**Ed** 23:1

**Edward** 8:18

**effect** 43:12

**emoji** 21:25

**encounter** 28:10

**entries** 24:2,20 41:19 42:5,8,13

**escalate** 24:8,11

**escort** 22:21 23:21 39:1

**essentially** 26:25

**estimate** 16:19

**events** 7:1,7,11, 12,13

**eventually** 43:3

**everybody's** 42:25

**Everything's** 21:15

**exact** 9:15

**EXAMINATION** 4:6

**examined** 4:5

**exhibit** 4:2 18:2,3 22:2,7

**expectation** 34:6

**experience** 25:22

**extent** 16:2 19:24

## F

**fact** 19:13

**fair** 15:15,19

**familiar** 8:14 15:23 38:13

**females** 26:4

**fence** 36:7

**FI** 9:19,21 10:19 12:11 13:16 26:18

**FI'D** 25:25

**FI/FIELD** 11:19

**field** 10:21,22 11:22 12:6 22:14 23:19 24:22 25:11 27:6,12 29:3 36:19 39:7 41:11

**field-training** 12:3

**figured** 4:9

**fine** 28:9

**flies** 8:21,23,24

**flight** 15:9,11,17, 24,25 17:2,11,18

26:7 30:22 38:8

**Flightaware** 15:14,23

**flights** 32:8

**fly** 16:5

**focus** 29:1

**folks** 7:21 12:19

**follow** 13:5 22:20

**form** 12:4 28:13 35:2

**Fort** 26:10

**foundation** 28:14

**frisk** 28:2

**front** 43:14,17

**functions** 8:3

## G

**gate** 17:15 23:3,10 35:16 37:9,14 38:3

**gather** 10:23

**gave** 42:24

**general** 14:17 27:12 36:10

**gentleman** 26:11

**get all** 12:8

**gist** 8:11

**give** 20:11 40:8

**good** 4:8 21:15 35:8

**grabbed** 23:13

**grade** 44:1,2

**grounds** 43:10

**guarantee** 15:18

**guess** 9:2 16:8,11 22:1 33:5

**guessing** 16:7 17:11,17 24:7

**gun** 26:11

**guy** 9:19,20 19:13 24:25 25:25 30:20 32:23

**guys** 22:15,16,17 25:23 27:13 29:4,

Case 2:17-cv-00180-LA Filed 05/15/18 Page 15 of 18 Document 22-6

15

**H**

**half** 15:5

**hand** 20:4 31:19

**handler** 8:23 23:8 36:12

**happen** 30:6 31:19 32:9 34:3

**happened** 10:24 11:15 17:2,7,9,10, 17 23:6 24:7 25:14,24 30:16 31:1 32:5 40:12

**Hart** 42:17 43:5

**Hartung** 23:9,18 24:18 35:25 37:3, 13,22,25 41:20

**hat** 19:15 20:14 21:3

**he'll** 24:5

**hear** 44:3

**held** 4:19

**hey** 36:23

**hired** 13:1,2,3,7

**hold** 4:23,25 5:2,4, 9,12,14 7:21 44:22

**home** 9:6,24 14:6, 8 15:7 25:3

**hour** 15:5

**hours** 7:2 34:9,17

**I**

**ID** 40:1,6,8 41:12, 16

**idea** 10:15,18 11:12

**identified** 23:17

**Illinois** 33:25 34:2

**imagine** 6:20 34:12

**impaired** 11:12

**in-flight** 16:13

**incident** 26:3,5,9,

10 41:21

**inform** 35:7

**information** 10:24 13:20 26:8 37:11 40:11 42:4, 5,18 43:3,25

**informed** 18:21 35:21

**inside** 24:6,13 36:7

**inspector** 7:7 8:18,22 9:4,9 10:17 11:2,6 13:21 14:3,7 16:23 17:20,22,24 18:7, 21 19:1,7,10,25 20:3 21:9 22:3 25:22 26:8,18,21, 22 28:23 32:20,25 33:2 35:22 36:13, 14,16,24 38:6,25 42:4 43:3,7 44:4

**inspectors** 33:5,6

**instructions** 20:18

**interview** 10:21, 22 11:19 22:14 23:19 24:22 25:11 27:6,13 29:3 36:19 39:7 41:11 43:5

**interviews** 11:23 43:13,16,20

**investigation** 42:15

**involved** 43:1

**involving** 8:12 26:6

**issue** 9:17 24:10

**J**

**jerks** 39:15

**jet-bridge** 16:20

**jetway** 16:13,17

**job** 13:25

**jurisdiction** 31:8 33:10,20 34:22,24 35:5

**K**

**Karen** 23:8,20 24:14

**knew** 8:19

**L**

**La** 35:6,11

**lack** 12:21

**Lacking** 28:14

**landing** 15:10 16:21

**landline** 10:2

**lands** 31:8 32:5 33:21,25

**Lauderdale** 26:10

**law-enforcement** 5:18,20 25:22 39:12,16

**lawsuit** 8:11

**learn** 17:7 33:10

**led** 11:12 25:16 29:6

**left** 23:20 35:13

**lieutenant** 4:24 5:2 6:19 7:21,23

**loaded** 16:17 24:15

**log** 7:6

**long** 4:19,25 5:4, 12,17 14:8 16:5 21:1 23:14 39:13

**looked** 41:21,22 42:7

**M**

**M-A-R-K** 4:13

**made** 26:3,14,15 43:24

**make** 11:16 24:2, 20 27:20 34:1 35:8 42:13

**makes** 13:19

**making** 35:11

**male** 19:14 20:13 21:2

**manage** 6:7

**March** 44:8

**Mark** 4:3,13,18

**marked** 4:2 18:2

**math** 13:9

**means** 16:2 17:10 21:3 27:14 30:21

**meant** 11:14

**meet** 8:20 22:8,10, 12 23:3 37:1

**memorandum** 33:14

**message** 18:15, 20 19:16 20:4 21:6,9 22:7,13 25:15 28:24 29:1 30:8 35:19,23 36:25

**middle** 4:13

**Mills** 23:8,20 24:14

**Milwaukee** 5:14, 21 12:1 16:6,24 31:9,16 32:5 33:22 34:1 35:10,14

**mind** 15:4 40:7

**minute** 20:25

**minutes** 14:10,11 15:16 16:18,20

**mobile** 36:6

**morning** 4:8 38:7

**mouth** 22:20 25:16,18 30:10

**N**

**NCIC** 41:2

**necessarily** 32:9

**needed** 27:5

**night** 7:8

**nightly** 7:10

**number** 15:25 31:17 32:7 44:20

**O**

**oath** 4:4

**Object** 12:4 28:13 35:2

**obnoxious** 35:3

**obtain** 42:4

**occurred** 10:15 11:1,4,5,7 13:21 16:24 17:25 26:16 30:24 31:3

**off-peak** 7:2

**office** 24:18 31:7, 15,16 33:13 42:15 43:9,14,17,18 44:21

**officer** 5:18 36:12 39:12

**officers** 35:15 39:16

**official** 32:17

**on-duty** 35:20

**one's** 38:14,15

**online** 15:9

**opportunity** 12:3 20:8

**order** 28:2,19

**organization** 32:16

**original** 17:18

**Originally** 38:4

**overhang** 38:22

**oversee** 6:11 7:3 8:4,7

**P**

**packet** 41:23

**paper** 40:25 41:7

**part** 8:20 11:21 12:7 13:25

**passenger** 40:7

**past** 26:2

**pat** 25:5,6,8,10

Case 2:17-cv-00120-NJ   Filed 01/16/18   Page 16 of 18   Document 22-6

**patrol** 7:9,18 12:25 36:6

**Paull** 23:9,18 24:18 35:17,25 36:21 37:2,8,9,10, 22,24 38:3 41:20

**pay** 44:1,2

**people** 13:14 26:12 39:15,19,21

**perform** 6:17 7:22

**performed** 7:22

**perimeter** 36:6

**period** 5:8

**person** 9:16 11:9, 11 16:3 36:11

**person's** 10:14

**personal** 10:4,5,7, 9 18:8 44:19,23

**phone** 8:17 9:6,23 10:1,3,4,5,6,8,9 11:2 14:6 18:6,8 19:22 20:3 21:11 37:4,5 44:15,16, 19,23

**phones** 10:11 17:13 44:24

**phrase** 11:19

**picked** 36:16

**picture** 21:16,18, 19

**pilot** 30:22

**place** 30:1

**plane** 9:16,17 10:16 15:10 16:17 17:9,10,11,14 23:10,11 25:14 29:10,17 30:17,21, 24 31:3,8 32:6,12 33:21,23 34:1

**planes** 26:2

**planning** 29:8 30:14

**point** 8:25 10:15 22:22 38:1

**police** 32:11 33:22

**possibly** 11:8,14

**presented** 33:17

**pretty** 10:7 22:25

**previous** 13:24

**print** 20:7 41:4,5,7, 9

**printed** 41:10

**prior** 12:8 13:17 19:25 26:9 35:15 36:22 37:8

**privy** 43:25

**probable** 27:23

**problem** 9:15,20, 21

**proceedings** 4:1 45:2

**produce** 19:18,23

**promoted** 5:24

**protocol** 40:4

**provide** 42:5

**provided** 13:12 18:6 19:12 41:23

**public** 30:1

**pull** 16:16 23:10 38:11

**pulled** 26:11

**punch** 15:24

**punching** 29:25

**pursuit** 35:13

**put** 30:15

**Q**

**question** 12:5 22:19 25:6,10 28:5,14,16,20 30:9 31:11 34:5 35:3

**questioned** 25:1, 15

**quick** 20:23

**R**

**ran** 40:19 41:2

**rang** 14:7

**rank** 4:15,19,23,25 5:2,4,9,10,12,14 6:3,19 7:21 8:1

**rare** 12:23

**re-call** 20:9

**reading** 23:2

**ready** 9:7,12 14:4

**reason** 11:4 25:20 29:24 39:23 41:25

**reasonable** 10:24 25:5,8 27:5,14,17 28:1,4,20 29:7

**reassigned** 13:13 38:10

**received** 8:17 14:3 16:22

**receiving** 35:18

**record** 4:12 40:21, 24,25

**recorded** 10:10, 11,12 37:3 44:17

**related** 28:11

**relating** 21:13

**relevant** 37:16,19

**remember** 9:14 14:20 23:13 24:24 36:2 37:15,18 42:16,24 43:10 44:19

**remove** 24:9

**report** 7:10 24:1

**represent** 4:9

**require** 34:9

**responsible** 8:5 33:8 36:5

**rest** 38:23

**retired** 44:5,7

**review** 41:19

**reviewed** 41:22

**road** 38:16

**role** 32:15

**run** 40:10,17,18,21 41:12,16

**S**

**safari** 19:15 20:14 21:3

**Sajdowitz** 23:7, 16,20 24:3 35:17, 18,20 36:22 37:5 44:11,12,13,14

**saluted** 23:12

**screen** 15:12

**second-shift** 38:9

**send** 7:10,17,19 42:6,22

**sending** 38:8

**sense** 13:19

**sentence** 29:2,6, 12,13 30:16,19

**sentences** 29:2

**sergeant** 5:3,4,7, 9,24 6:3,6 8:22 23:7,16,20 24:3 35:17,18,19 36:22 37:4 39:1 44:12,13

**sergeants** 6:16

**sheriff** 5:11 8:12, 19,23 9:1,13,16, 17,18 11:3,9,15 13:2 14:1,15 17:8 18:13 22:24 23:4, 11,15,16,17,21,25 24:1,4,19 25:1 26:1,6,13,17,20,22 29:16 30:23 32:21, 22 35:19,23 36:25 37:1,11 39:2,21 43:22

**sheriff's** 5:15,21 10:16 12:2 24:14 25:14,21 28:24 35:10 38:6,10,18, 20 43:18

**shift** 6:7,8,9,11,25 7:1,3,5

**shifts** 8:6

**shooting** 26:12

**shortly** 23:15

**show** 18:2

**showed** 36:21 37:10,12

**showing** 41:2

**shows** 15:12

**shred** 41:9

**shut** 22:20 25:16, 18 30:11

**side** 38:12,16

**sir** 5:16,23 6:4 13:23 39:6,8

**sit** 6:10,15 7:20 38:18

**site** 43:10

**skin** 39:20

**snapshot** 18:6

**somebody's** 41:8

**someone's** 41:12

**someplace** 12:10

**sort** 8:11

**speak** 37:7,13 43:7,15

**specific** 34:19

**specifically** 31:2

**spell** 4:11

**spoke** 18:20 20:3 37:5,9 42:16

**spoken** 43:7

**squads** 36:6

**stage** 38:17

**standard** 12:12 40:4,10 41:11

**start** 29:25

**started** 8:17 17:18 26:12

**state** 4:11 31:3 32:9 33:25 40:23 41:1,3

**stating** 8:18 43:8

**Steve** 23:9

**stop** 25:4,8,12 27:15,17 28:5,19 32:7 39:19 40:4

**stopped** 39:25

**stops** 7:13 40:6

**stuff** 6:23,25 7:6 14:18 21:12 37:15

**subject** 19:14 23:18 24:10

**subordinates**

Case 2:17-cv-00158-LA   Filed 06/05/17   Page 17 of 18   Document 22-6

11:22,25

**suggests** 30:12

**Sulton** 4:7,8 12:14 16:10 19:18 20:6, 15,23 21:5,8,24 22:18 28:18 31:13 32:2 35:4 44:25

**summaries** 6:25

**summary** 7:5

**superior** 17:20

**superiors** 26:23

**supervisor** 35:20

**supervisor's** 44:20

**supervisory** 5:25 6:2,5,20 8:3

**suspicion** 25:5,8 27:6,15,17 28:1,5, 21 29:7

**sworn** 4:4

**system** 40:18

---

**T**

---

**takeoff** 16:21

**takes** 14:11 16:5

**taking** 33:22

**talk** 10:16,18,23 28:9 29:22 30:4 31:14,22 40:5

**talked** 19:1,3,6,11 37:15,22 44:10

**talking** 10:1,2 16:12,13 27:20 31:15 33:15 40:9

**taught** 11:25

**teach** 11:22 12:7 13:16

**telephone** 16:22

**telling** 25:24 43:8

**tells** 25:19 30:20

**temporary** 5:7

**ten-week** 5:8

**term** 12:21 27:12, 14

**Terry** 25:4,7,12 27:16

**testified** 4:5

**testimony** 13:24

**text** 19:12,16 20:2 25:15 28:24 29:1 30:8 35:19,22 36:24 37:12

**thick** 39:20

**thing** 13:15 20:16 27:21 30:18

**things** 24:8 35:14 39:16

**thirties** 19:14 20:13 21:3

**thought** 20:22

**threat** 26:15

**threats** 26:1,13

**ticketing** 36:8 38:11

**tickets** 7:14

**time** 8:16 11:10, 13,16 15:10 16:14, 19 35:21 39:2,13 40:2 42:7

**today** 6:15 7:20 19:4,6

**told** 9:7,13 19:1,7, 10 22:6 24:19 26:25 27:8 35:22 36:24,25 37:23 42:4,13,20 43:14

**top** 18:10 32:23

**top-ranking** 32:17

**total** 16:19

**track** 15:25

**traffic** 40:6

**train** 11:22

**training** 12:2,6,8, 10 13:11,12,17 33:19 34:7,10,13, 17,19

**TRANSCRIPT** 4:1

**traveling** 15:13

---

**U**

---

**Um-hmm** 39:14, 23

**unavailable** 36:16

**underneath** 38:21,22

**understand** 8:11 11:20 12:5 25:7 31:6

**understanding** 10:25 13:24 17:1 25:7 32:4,22 34:23 44:4

**understood** 28:11

**uniform** 15:6,7

**unit** 12:21 36:11

**upstairs** 36:1 38:23

---

**V**

---

**vacation** 42:20

**vague** 28:14

**varies** 14:18

**vehicle** 24:5

---

**W**

---

**W-I-T-E-K** 4:14

**W/m** 21:2

**wait** 23:25 24:5,6 38:19

**waited** 23:10,13 24:12,14

**walked** 23:12

**wall** 30:1

**wanted** 20:22 24:1 25:25 40:10,15,17 41:8,12,16 42:18 43:15

**wanting** 30:4

**warrant** 40:10,15, 17 41:12,17

**wasting** 41:7

**watch** 15:8,11

**wear** 15:7 39:17

**wearing** 19:13,14 20:14 25:1

**white** 19:14 20:13 21:2

**whiz** 16:3

**William** 4:8

**Wisconsin** 17:25 31:4 32:9 34:9 41:3

**Witek** 4:3,13,14,17 39:9,10,11

**wordage** 9:15

**words** 39:22

**work** 10:6 13:14 15:8 23:7 35:11

**worked** 5:20

**working** 6:9 18:15 36:4 42:25 43:2

---

**Y**

---

**year** 34:10,18 44:9

**years** 4:20 5:1,5, 19 8:9,10 13:2,3,4, 10 25:21,23 31:17 33:18

**yesterday** 41:22

Case 2:17-cv-00159-JPS Filed 01/16/18 Page 13 of 18 Document 22-6