UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

--------------------------------------------------------

DANIEL BLACK,

Exhibit I

                    Plaintiff,

     -vs-                              Case No. 2:17-CV-00156

DAVID CLARK, et al.,


                    Defendants.

--------------------------------------------------------


          Examination of DEPUTY JEFFREY T.

     HARTUNG, taken at the instance of the Plaintiff,

     under and pursuant to the Federal Rules of Civil

     Procedure, before Sarah A. Hart, RPR, RMR,

     Certified Realtime Reporter, and Notary Public in

     and for the State of Wisconsin, at HUSCH BLACKWELL

     LLP, 555 East Wells Street, Suite 1900, Milwaukee,

     Wisconsin, on May 18, 2017, commencing at 9:58 a.m.

     and concluding at 10:57 a.m..

Page 2

```
 1              A P P E A R A N C E S
 2   PETERSON, JOHNSON & MURRAY, S.C., by
     MR. WILLIAM F. SULTON
 3   788 North Jefferson Street, 5th Floor
     Milwaukee, Wisconsin  53202
 4   appeared on behalf of the Plaintiff.
 5   HUSCH BLACKWELL LLP, by
     MR. CHARLES H. BOHL
 6   555 East Wells Street, Suite 1900
     Milwaukee, Wisconsin  53202
 7   appeared on behalf of the Defendants.
 8
 9                  * * * * *
10                  I N D E X
```

```
11   Examination By:                          Page
12   By Mr. Sulton ...............................3
13
     Exhibits Identified:                     Page
14
     Exhibit 4 -  Copy of pages from Deputy     31
15                Hartung's daybook
     Exhibit 5 -  Field Interview Report        36
16   Exhibit 6 -  Field Interview Narrative     41
17
     Previously Marked Exhibits:              Page
18
     Exhibit 1 -  Screen shot of text messages from  26
19                Captain Witek's phone
20
21
22   Disposition of Original Exhibits:
23   Attached to Original Transcript.
24
25
```

Page 3

1   TRANSCRIPT OF PROCEEDINGS
2       JEFFREY T. HARTUNG, called as a witness
3   herein, having been first duly sworn on oath, was
4   examined and testified as follows:
5           EXAMINATION
6   BY MR. SULTON:
7   Q   Good morning.  My name is William Sulton.  And as
8       I'm sure you've figured out, I represent Dan Black
9       in this case.
10  A   Yeah.
11  Q   Could you state and spell your name, please.
12  A   Jeffrey, J-E-F-F-R-E-Y.  Hartung, H-A-R-T-U-N-G.
13  Q   Do you have a middle name?
14  A   I'm sorry.  T, Tom, for a middle initial, Thomas.
15  Q   Sure.  Normal spelling?
16  A   Yes.  Conventional.
17  Q   All right.  Good enough.
18      What is your current rank?
19  A   Deputy sheriff one.
20  Q   And how long have you held that rank?
21  A   22 years.
22  Q   Have you held any other rank?
23  A   No -- well, yeah, actually, we were all deputy
24      sheriff zeroes way back when the jail opened.
25  Q   And how long did you hold that rank?

Page 4

1   A   I don't know.
2   Q   Less than five years?
3   A   I can't -- I don't recall.  Probably three or four.
4       There was a contract signed, and there was zeros --
5       deputy zeros, deputy ones, deputy twos.
6           Deputy ones were what everybody --
7       people that were not in the jail that were
8       deputies.  All the deputy zeros were hired to fill
9       the old jail -- I'm sorry, the new jail.  So
10      everyone was hired as deputy zero.
11          And then twos were -- if they were in
12      uniform, they were corporals; and if they were out
13      of uniform, they were detectives.  And then there
14      was a contract passed by -- when Lev Baldwin was
15      sheriff, and he eliminated all the ranks and just
16      made everyone a deputy sheriff one in I want to say
17      '98/'99.
18  Q   Okay.  Have you worked for any other
19      law-enforcement agency?
20  A   No.  No.
21  Q   Obviously, we're here to talk about Dan Black's
22      lawsuit against Sheriff Clarke.
23          How did you become aware of Dan Black?
24  A   From working at the airport and going to a -- I
25      guess a service call, a call.

Page 5

1   Q   Can you tell me about that call?
2   A   January 15th sometime in the afternoon I was
3       assigned to the airport and was working as a
4       concourse squad.  I believe around 12:30 I was
5       informed by our -- I guess you call it the dispatch
6       guy at the airport that the sheriff was arriving on
7       a flight, and there was an unruly passenger -- I
8       believe that's what it started out as -- and it
9       should be arriving approximately 2:50 p.m.  Maybe
10      40 minutes later we learned that it was going to be
11      arriving at around 2:25 p.m.
12  Q   And who was the dispatch guy?
13  A   Mike Castle.  We dispatch our own -- a deputy does
14      dispatch at the airport.
15  Q   Did Deputy Castle tell you anything else?
16  A   Well, it was on the phone and -- no, I don't -- I
17      don't think we really had much information on it.
18  Q   Okay.  And which phone was this on?
19  A   Well, my cell phone to his -- from the airport
20      phone I think I -- I believe he told me via phone
21      to call him.
22  Q   Sure, sure.
23      Did Deputy Castle direct you to do
24      anything?
25  A   Well, he said I had to go to the call and told

Page 6

1    me -- I don't even know if he had a gate. I had to
2    figure out what gate it was and what time and
3    what -- I believe it was an American Airlines
4    flight at the time, which was -- and which it was.
5  Q  How did you figure out that information?
6  A  I'm not exactly sure if I looked on a board, or
7    maybe somewhere down the line someone found out
8    which gate it was. They only have like three gates
9    at American; they're all right next to each other.
10   I couldn't even tell you which gate it is, like 51,
11   52, 53, 54, 56.
12 Q  Okay. What did you do after you got the call,
13   after you figured out which gate to go to?
14 A  Well, I think it was a -- I didn't have to go up
15   for like at least an hour. I don't know, I just
16   walked around the airport. And when it got close
17   to the time, I went up towards the gate.
18       And then while at the gate, I was met by
19   Deputy Paull, Steve Paull, was up there; the
20   captain; the sergeant; and then the canine handler.
21 Q  Sure. So let me just back up.
22       This call that you got from Deputy
23   Castle was about an hour away from when the flight
24   was arriving in Milwaukee?
25 A  Sure. I mean, I -- I couldn't tell you. I know it

Page 7

1    was before, yes.
2  Q  Do you think it was less than a half hour before?
3  A  No.
4  Q  Do you think it was more than a half hour before?
5  A  Yes.
6  Q  Okay. So you go to the gate. And you said you're
7    met there by Captain Witek, Sergeant -- is that
8    right?
9  A  Yep. Yes. Sorry.
10 Q  Sergeant Sajdowitz?
11 A  Yes.
12 Q  Deputy Mills?
13 A  Yes.
14 Q  Her dog, Sam?
15 A  Sure. That's her dog's name, I believe.
16 Q  Anyone else?
17 A  No.
18 Q  How about Deputy Paull? Was he there?
19 A  I'm sorry. Yeah.
20 Q  Sure. Again, it's not a trick question. I
21   understand. Okay.
22       Did you have any conversations with
23   anybody before you met with that group of folks?
24 A  Yes.
25 Q  Who?

Page 8

1  A  The -- I think briefly the captain, he showed me a
2    text message on his phone re- -- I think that there
3    may have been some conversation prior to this that
4    it went from -- because, I mean, I think -- I think
5    everybody thinks, yeah, we got an unruly passenger
6    on the plane, maybe there's going to be an arrest
7    to, well, there's a guy on the plane that the
8    sheriff wants ID'd, questioned and identified.
9        And -- and then I believe the captain
10   said it's going to be a guy wearing -- getting off
11   the plane that's wearing -- wearing some kind of
12   hat -- I want to say -- it wasn't a safari hat, but
13   somebody -- the individual that we're going to be
14   talking to has a hat on, and he just wants him
15   ID'd.
16       And I believe I talked to Steve Paull
17   prior to that. Steve was going to do the talking
18   to the subject, and then I'll run his name,
19   identify him.
20 Q  Did you have any other conversation with anyone
21   else at that time?
22 A  I can't -- I can't -- not that I -- nothing -- you
23   know, maybe possibly, but it was all about this --
24   his arrival. And what -- and I don't believe I
25   spoke to Deputy Mills or even the sergeant. So it

Page 9

1    would have been between me, Steve, and the captain,
2    and it would have been on what's happening.
3  Q  Sure. Can you remember anything about your
4    conversation with Captain Witek?
5  A  He -- you know -- I know he showed me a text or
6    showed Steve and I a text. I don't recall reading
7    the text in its entirety, and I don't even recall
8    who the text was from. At the time it was unclear.
9    I didn't know if it was a direct text from the
10   sheriff or if it was from the Inspector Bailey.
11       But I do recall seeing -- seeing
12   something to the effect of I want this guy ID'd,
13   and if he's not an asshole, he can be released or
14   he can -- if he's -- he's okay to go or -- I --
15   something to that effect. I can't recall
16   specifically.
17 Q  Can you remember anything else about your
18   conversation with Deputy Paull?
19 A  Not specifically, no, other than let's just get
20   this guy identified and be done with it.
21 Q  Okay. So you're standing at the gate with Deputies
22   Paull and Mills and Sergeant Sajdowitz and Captain
23   Witek, right?
24 A  Yes.
25 Q  And what happens?

Case 2:17-cv-00156-JPS  Filed 09/11/17  Page 3 of 19  Document 22-9

Page 10

1   A   Well, the sheriff -- well, the plane taxied,
2       sheriff got off.  He was one of the first -- I
3       don't know if he was the first person, but he was
4       one of the first people.  He kind of came over and
5       stood by the captain.  And then we watched as other
6       people exited the plane off the jetway.
7           And I remember I thought it was kind of
8       strange that the sheriff was -- didn't just go and
9       leave right away.  And I -- I don't know who I
10      asked.  I said, is he staying, and then somebody --
11      it would have had to have been either Sajdowitz or
12      the captain that said, he's going to point the guy
13      out and then let us know which guy it is that he
14      wants us to speak with.
15          And then saw Mr. Black come off the
16      plane; he had a hat on.  And he said, "That's him."
17      So then they -- the captain, Deputy Mills, and the
18      sergeant left with the sheriff down towards the
19      baggage area.
20          And then when Mr. Black exited the
21      plane, Deputy Steve Paull and I approached him as
22      he was walking and informed him that we needed to
23      speak with him.
24          And it was busy -- it was busy on the
25      concourse on that -- that area of the concourse

Page 11

1       with passengers on a -- it was a Sunday; a lot of
2       people flying in and flying out.
3           So we went -- we told him we were going
4       to go somewhere and talk where -- you know, where
5       we can talk without any -- a place where there's a
6       little bit more privacy.
7           And we proceeded to walk towards the end
8       of the hammerhead on Concourse D behind the little
9       Colectivo coffee place where there was nobody
10      around.
11  Q   And when Sheriff Clarke gets off of the airplane,
12      you said he's standing next to Captain Witek?
13  A   I don't know.
14  Q   Is he standing next to --
15  A   He wasn't standing next to me.  I know that.
16  Q   Did you hear any conversation?
17  A   No.
18  Q   Did you have any conversation with Captain Witek at
19      that time?
20  A   No.
21  Q   And so can you tell me how you knew that Mr. Black
22      was the guy you needed to --
23  A   Well, they said it was going to be a gentleman
24      wearing a hat.  And I believe it was maybe the
25      sergeant that said, "That's him."  And then that's

Page 12

1       when we approached him.  There was nobody else
2       wearing a hat that got out of the plane, so...
3   Q   And about how much time had passed?
4   A   From standing at the gate -- from getting to the
5       gate to when he exited?
6   Q   No, from when Sheriff Clarke got off of the plane
7       to when you saw Mr. Black.
8   A   I don't know how much time, but, I mean, it seemed
9       to me that -- probably at least 30 passengers'
10      worth, so maybe -- I don't -- minutes.
11  Q   Sure.  So you and Deputy Paull approach Mr. Black,
12      right?
13  A   Correct.
14  Q   And what do you say to Mr. Black?
15  A   I was behind him, and I don't know if Steve was in
16      front of me.  And I believe I -- I may have spoke
17      to him first.  I said, hi, we need to -- I don't
18      even know if I identified myself, "Hi, Deputy
19      Hartung" -- we need to speak to you about something
20      on the plane, and we're going to -- just keep
21      walking, we'll keep walking right over here to an
22      area where we have a little bit more privacy.
23          We didn't really -- you couldn't really
24      have a conversation; there was so many people, and
25      it was loud.  And he was kind of like, okay, and

Page 13

1       just go with us, and we just kind of went over --
2       over to where we ended up.
3           I mean, it wasn't even planned that we
4       would go there, but -- maybe -- maybe briefly it
5       was planned.  I knew we weren't going to talk -- I
6       think between Steve and I, I knew we weren't going
7       to talk to him right there at the gate; there was
8       too many people.  I knew we weren't going to our
9       office to talk to him.
10          And we talked to him behind -- by the --
11      where I said we did, I don't know, behind Colectivo
12      it's called.
13  Q   Okay.  So you get to Colectivo.  What happens?
14  A   Deputy Paull began a quick, I guess, field
15      interview with Mr. Black explaining -- or I think
16      he asked him if anything had happened on the plane
17      specifically with the sheriff.  And Mr. Black said,
18      oh, this is what this is about, or something to
19      that effect.
20          It was somewhat of a brief conversation
21      with something to the effect -- well, he said,
22      well -- how did he put it?  Dan -- Mr. Black was --
23      stated, I didn't know that was -- I saw a guy that
24      looked like the sheriff wearing a Cowboys
25      sweatshirt and a Cowboys hat; the Packers are

Page 14

1  playing the Cowboys later that afternoon.
2          He seemed -- I believe that Mr. Black
3  was a little surprised that the sheriff would be
4  wearing a Cowboys sweatshirt and hat on a Packer
5  day.  And he just want -- he said, I didn't -- he
6  said, it looked like the sheriff, but I was threw
7  off by what he was wearing.  I just wanted to make
8  sure it was the sheriff, so I asked him, are you
9  the sheriff I believe as they were getting on the
10  plane.
11          And then the sheriff said to Dan, yeah,
12  are we going to have a problem?  And Mr. Black
13  said -- I don't even know what he said to me.  He
14  probably said no.  Obviously, he didn't say, yeah,
15  we're going to have a problem, but I don't know
16  what was actually -- I believe he said no and then
17  proceeded to go farther down in the plane towards
18  his seat.
19          Right somewhere in that brief -- while
20  he was explaining that brief encounter, I asked
21  Mr. Black for his -- some ID -- a form of ID.  He
22  gave it to me.  I ran his name through our
23  dispatch, and Steve -- Deputy Paull continued to
24  ask a few more questions.  I didn't hear the
25  whole -- what specifically -- what it was, but I

Page 15

1  ran -- and I ran Mr. Black's name, I confirmed
2  that -- his address.  Because he had an Illinois
3  driver's license, but he said he graduated recently
4  from UWM I believe in that December.  And I just
5  wanted to confirm what his current address was,
6  which wasn't in Illinois; it was an address in the
7  River West neighborhood.  And then I confirmed
8  his -- what his cell-phone number was.
9  Q  Okay.  Let's unpack that a little bit.
10          You said that you asked for Mr. Black's
11  ID?
12  A  Yes.
13  Q  Do you remember what you said?
14  A  Probably what I always say, "Got any ID on you?"
15  Q  All right.  And then you said you ran his ID?
16  A  Yes, I ran his -- ran his name -- well, I gave his
17  name to our dispatch and -- for the log, which he
18  never put the guy's name in a log, which he should
19  have probably, but -- and then he -- and then he
20  checked him for warrants.
21  Q  And when you say you gave it to dispatch, you mean
22  Deputy Castle?
23  A  Yes.  Correct.
24  Q  So I just want to make sure that I understand what
25  happened.

Page 16

1          So you ask him for his ID, you take his
2  ID, right, and then you -- what do you do?
3  A  I --
4  Q  Do you walk away?  Do you -- what do you do?
5  A  I said to him, my squad's 410, and then I called to
6  squad 414, which is the dispatch, I got a name for
7  you, gave a last name, first name, middle initial,
8  date of birth, explained it was an Illinois ID.
9          And then while I wait for the response
10  back, I jotted down -- I believe -- I always
11  write -- usually when I do an FI card, I always do
12  a -- I write the subject's name down and birth
13  date, and I always put the driver's license number
14  on -- it's just a habit I have -- and confirm
15  address.  I put a new address down and get his
16  cell-phone number.
17  Q  And where were you in terms of physical proximity
18  to Deputy Paull and Mr. Black while you're doing
19  this?
20  A  Probably -- we were -- you could be Mr. Black, you
21  could be Deputy Paull, and I could be me, but we
22  would be closer, like a little triangle and
23  standing within feet of each other.
24  Q  Right.  Let me ask the question this way:  When you
25  ran Mr. Black's ID, did you walk away, or did you

Page 17

1  stay where you were at?
2  A  I may have stepped a couple of feet over just to
3  get a clear transmission through my radio possibly
4  and so that -- because I knew Deputy Paull was
5  still speaking to Mr. Black.  I mean, I didn't want
6  to be yelling as they're talking.  But it wasn't
7  like out of ear -- maybe out of earshot, but I
8  mean, 5, 6 feet at most.  That's usually what I do.
9  And also because when I'm standing with another
10  deputy, we got to kind of separate or else all you
11  get is a big squelch on the radios.  So that's just
12  kind of a habit.
13  Q  Sure.  So what happens after that?
14  A  Well, I recall I had to give Mr. Black's name a
15  second time, because -- I don't know if Deputy
16  Castle didn't get the name.  So I think he
17  reentered it or maybe ran it under a different
18  state or may just did the wrong spelling.  I don't
19  recall.  Because I remember I had to give the name
20  a second time, so it took a little bit longer.
21          And then I got information back saying,
22  yeah, he comes back out of this -- out of this
23  address out of Illinois, he's got no wants.
24          Gave the ID back to him, and then Deputy
25  Paull and I remained with Mr. Black a few minutes

Page 18

1  later -- or for a few more minutes, because -- I
2  forgot to tell you earlier when you said what else
3  was -- we were talking about, I remember Captain
4  Witek said stay with Mr. Black until the sheriff
5  leaves the baggage area.  I forgot to mention that.
6        So we stayed a little bit longer after
7  the name was ran, and we had some small talk, found
8  out that all three of us had actually attended UWM.
9  Steve mentioned something about -- Deputy Paull
10  mentioned something about going to a concert back
11  in like the fall of '88 or something like that at
12  the dorm -- on top of the dorm; I believe it was
13  called Channel One at the time.  Steve -- Deputy
14  Paull mentioned to Mr. Black that I went to UWM and
15  I played rugby, and then Mr. Black said he played
16  rugby.  I asked him if he played at UWM.  No, he
17  didn't play at UWM, but he played in Peoria.  I
18  don't even recall if he was on the team or not.
19  Some kind of small talk like that.  Nothing that
20  had to do with anything on the plane.
21        He also -- I think I asked him where he
22  was coming from and what was he doing in Dallas
23  over the weekend, and he said that he was at a
24  friend's wedding, I believe a high-school friend's
25  wedding.

Page 19

1  Q   Sure.  If we could just back up to the -- what
2      Captain Witek told you about staying with Mr. Black
3      until the sheriff leaves?
4  A   Yeah, I forgot to mention that when you asked what
5      else was said.
6  Q   When did he say that?
7  A   Around the same time he was showing us the text.
8  Q   Okay.
9  A   He didn't want any more -- he didn't want -- we
10      didn't know what happened on the plane or what the
11      whole -- what this disturbance and unruly passenger
12      whole situation was, but I know the captain didn't
13      want any confrontations later on.
14  Q   So that was before Sheriff Clarke got off the
15      plane?
16  A   Correct.  Yes.
17  Q   All right.  So back to where we were.
18        So you're making small talk with
19      Mr. Black, and then what happens?
20  A   I think he -- you know, he's like -- Mr. Black
21      said, you know, I got somebody that's coming to
22      pick me up, do you mind if I call him?  Fine, go
23      ahead and call.
24        He made a phone call, and then he -- he
25      wanted to leave.  I mean, I didn't see anything

Page 20

1  unusual about that.  Obviously, he wanted to leave.
2  So I think I asked him, I said, well, do you have
3  any baggage that you checked that you need to go
4  down to baggage.  He's like, no, this bag what I
5  have is what I brought on the plane.  I'm like, all
6  right, let's go, we don't need to go to baggage,
7  then.
8        So then Deputy Paull and I just kind of
9  went with him down the concourse.  I know he made
10  another phone call.  We just wanted to get him back
11  to his -- his ride for who was picking him up.
12        And I think we discovered that the
13  person that was picking him up actually ended up
14  being on the ticketing drive instead of the front
15  baggage drive.  Okay, that's simple, let's just go
16  down this escalator, and we'll help you get to
17  where your guy is and --
18        I don't -- I don't recall talking at all
19  on the way from the Colectivo place on the
20  concourse down to -- down to we got down to the
21  ticketing drive, because I was pretty far behind
22  him, Mr. Black, and Steve -- Deputy Paull was
23  pretty -- was probably 10 feet in front of him.  So
24  nothing was said then.  I don't know what was said
25  prior to him getting in the car and leaving, but...

Page 21

1  Q   Sure.  Then what did you do after that?
2  A   Well, then Deputy Paull and I walked north from the
3      ticketing drive towards our office and met with the
4      captain and the sergeant.  It was roughly 3:00 at
5      this time.  And I remember Captain Witek said,
6      okay, turn in the FI card and make sure you have a
7      daybook entry on this incident -- no, I think he
8      asked -- also asked -- obviously, he asked, well,
9      what did Mr. Black say or what did the guy say.  He
10      didn't know it was Mr. Black at the time.
11        And we told him about the encounter,
12      which we believe was all based on the sheriff
13      wearing his Cowboys sweatshirt and Cowboys hat, and
14      Mr. Black just wanted to make sure that -- or I
15      wouldn't say he was confused, but he recognized the
16      sheriff as from being on the TV but wanted to make
17      sure it was the sheriff, because he was thrown off
18      a little bit by the sheriff wearing a Cowboys
19      outfit, garb, clothing.
20  Q   Do you remember anything else about that
21      conversation?
22  A   Not at the time, not specifically.  I mean, it
23      was -- that's basically in a nutshell what it is.
24      I mean, it just -- that's it.  I mean, we didn't
25      really discuss it too much.  It seemed reasonable

Case 2:17-cv-00156-JPS   Filed 09/11/17   Page 6 of 19   Document 22-9

Page 22

1   to make just a daybook entry. There was no need to
2   make any reports. It wasn't -- there wasn't an
3   arrest, there wasn't -- I mean, we didn't ask him
4   to go to our office; there was no incidents.
5 Q   Have you had any conversations with anyone else
6   about what happened?
7 A   Our union rep and lawyers, the FBI, a couple of FBI
8   agents, U.S. Assistant District Attorney Mel
9   Johnson. I mean, outside of the people that --
10   with the people that -- with the incident or --
11 Q   Yeah.
12 A   I mean, that's pretty much -- my wife.
13 Q   Sure. I won't ask about your conversations with
14   your wife.
15 A   I think my mom wanted to know what was going on,
16   because she saw everything on the news.
17 Q   What did you tell your mom?
18 A   I said, well? I said, pretty much, yeah,
19   everything you see on the news, that's pretty much
20   what happened.
21 Q   What did you --
22 A   Except we -- except I -- I don't know what I
23   exactly told my mom. I said, what you saw on the
24   news is pretty much what happened except he wasn't
25   arrested. We just -- I said the whole encounter

Page 23

1   was over the sheriff being the sheriff, a
2   recognizable figure, and the sheriff wearing his
3   Cowboys sweatshirt and hat.
4 Q   What did you tell your union rep?
5 A   There's nothing --
6   MR. BOHL: Well, if your union rep is an
7   attorney --
8   THE WITNESS: No, he's -- well, the
9   president of the union and the attorneys.
10 BY MR. SULTON:
11 Q   Oh, they were all in the same meeting?
12 A   Well, he -- our president contacted our attorneys
13   prior to our meeting with the -- with the FBI.
14   MR. BOHL: Deputy, information you
15   conveyed to your attorneys is privileged, and you
16   shouldn't answer questions concerning what you told
17   or communicated in any way with your lawyers.
18 BY MR. SULTON:
19 Q   Right. But what I'm asking is, was the
20   conversation with you and the union rep, or was it
21   with you and the union rep and a lawyer? Because
22   if there was a lawyer involved, I don't want to
23   know. I just want to know about conversations with
24   nonlawyers.
25 A   Well, I don't specifically recall a conversation

Page 24

1   with the union rep, but I recall the union rep
2   approaching me, hey, I'm going to -- I heard about
3   what happened. Or maybe he was aware of what
4   happened and -- I don't know how that all came
5   about. But he said, well, I'm going to call
6   your -- the attorneys, let them know so they can
7   contact you. And I was contacted by one of the
8   union attorneys.
9 Q   What is the union rep's name?
10 A   Bob Ostrowski.
11 Q   Can you spell that?
12 A   Robert, R-O-B-E-R-T. Ostrowski, O-S-T-R-O-W-S-K-I.
13 Q   What did you tell AUSA Mel Johnson?
14 A   I didn't really tell him much. I don't think he
15   really asked too many questions. I know the FBI
16   asked similar questions that you're asking. And
17   just gave them the answers.
18 Q   Do you remember who you spoke with at the FBI?
19 A   I think I have a card. A female. Well, I had a
20   card. I -- you know, for the life of me, I can't
21   remember her name.
22 Q   Does the name Jennifer Wilkowski sound right?
23 A   Yes.
24 Q   All right. If I could -- is there anyone else that
25   you talked to other than the FBI,

Page 25

1   U.S. Attorney's --
2 A   Not that I can recall, no.
3 Q   Have you spoken with Sheriff Clarke?
4 A   No.
5 Q   If I could take you back to when Dan Black gets off
6   the plane and you are escorting him through the
7   concourse --
8 A   Yes.
9 Q   -- where are you physically?
10 A   Behind Mr. Black about -- at least 10 feet, if not
11   more.
12 Q   Okay. And where is Deputy Paull?
13 A   Ahead of Mr. Black. I don't recall how far ahead.
14   Probably at least 10 feet.
15 Q   Are you familiar with the term "bracketing"?
16 A   Sure. In a police sense?
17 Q   Yes.
18 A   Yeah.
19 Q   Were you and Deputy Paull bracketing Mr. Black?
20 A   No.
21 Q   Can you tell me what bracketing is?
22 A   It's like contact cover, standing with a subject.
23   Probably more of a bracketing probably with our
24   contact with him -- initial contact with him on the
25   concourse.

Case 2:17-cv-00156-JPS   Filed 09/11/17   Page 7 of 19   Document 22-9

Page 26

1  Q   What's the purpose of bracketing?
2  A   **Officer safety.**
3  Q   Okay. I'm going to show you what's been identified
4     as Exhibit 1.
5        Have you seen Exhibit 1 before?
6        MR. BOHL: Other than perhaps me showing
7     it to you.
8        **THE WITNESS: Yeah, this is a --**
9     **actually, I don't even remember this at all.**
10 BY MR. SULTON:
11 Q   Okay. If I could direct your attention to the
12    fourth --
13 A   **Yes, okay. I seen it.**
14 Q   Do you remember when you first saw it?
15 A   **I remember looking at the first lines -- wait a**
16    **minute. I remember looking at the first lines on**
17    **a -- at the gate with the captain when he showed it**
18    **to me, but I didn't read the bottom lines.**
19 Q   When you say "the bottom lines," what do you mean?
20 A   **I don't recall reading "Follow him to baggage and**
21    **out the door."**
22 Q   Do you recall reading --
23 A   **And definitely not "Escort me to the carousel after**
24    **I point him out." I didn't read any of that. I**
25    **just read the first four lines.**

Page 27

1  Q   I tell you what, why don't you read to me what you
2     read that day.
3  A   **"Just a field interview, no arrest unless he**
4     **becomes an asshole with your guys. Question for**
5     **him is why he said anything to me. Why he didn't**
6     **just keep his mouth shut."**
7  Q   That's what you read on the day?
8  A   **Yes, on --**
9  Q   Do you know what a Terry stop is?
10 A   **Sure. It's a pat down.**
11 Q   Is a field interview a term that you use in your
12    department?
13 A   **Field interview, no. FI stop, yes.**
14 Q   Well, I want to make sure we're talking about the
15    same thing. Is a field interview different than a
16    Terry stop?
17 A   **Yes.**
18 Q   How is it different?
19 A   **Field interview is just when I'm speaking with**
20    **someone. A Terry stop is when you actually frisk**
21    **someone for weapons.**
22 Q   Is it your understanding that you need reasonable
23    suspicion to conduct a Terry stop?
24 A   **Yes.**
25 Q   Is it your understanding that you need reasonable

Page 28

1     suspicion to conduct a field interview?
2  A   **Well, you need -- you need some sort of complaint**
3     **or you see something -- you either hear or see**
4     **something in which you would want to speak with**
5     **someone about.**
6  Q   Sure. Let me ask this question: Do you know what
7     I mean when I say reasonable suspicion?
8  A   **Sure.**
9  Q   Okay. So, again, I'll ask my question again.
10       Is it your understanding that you need
11    reasonable suspicion of some wrongdoing in order to
12    conduct a field interview?
13 A   **Generally, yes. I mean, yeah, any time I -- any**
14    **time I want to speak with somebody in a legalese**
15    **sort of way, like, for example, at the airport and**
16    **where I'm going to ID him, I would like -- I'm**
17    **going to have some reasonable suspicion.**
18       **But, I mean, there's several times**
19    **throughout a day maybe that you may talk to people**
20    **on the streets or wherever where it's -- it's just**
21    **as if you were -- you know, just friendly talk. I**
22    **mean, I'm not trying to think too deep into this,**
23    **but maybe I am.**
24 Q   You said something that was interesting to me. You
25    said, "When I want to ID them." Do you mean field

Page 29

1     interview?
2  A   **I think any time you ID someone, it would be a**
3     **field interview, sure.**
4  Q   All right. And I agree with the gist of what
5     you're saying, which is if you walk up to a citizen
6     just to have a conversation, you don't need
7     reasonable suspicion for that, right?
8  A   **I hope not.**
9  Q   But if you want to ID the person or field interview
10    them, you do? Is that your understanding?
11 A   **For the most part, yes. I mean, I -- a field**
12    **interview to me means you're ID-ing someone and**
13    **filling out the FI card and going from there.**
14       **I wouldn't say I fill out an FI card all**
15    **the time when I field interview somebody. I mean,**
16    **I don't know if I would go so far as to say a**
17    **traffic stop is a field interview, but I'm going to**
18    **be ID-ing somebody in a traffic stop, in a car**
19    **accident.**
20 Q   Sure. But in the nontraffic stop cases.
21 A   **If it's a suspicious person or if I have a**
22    **reasonable suspicion to -- like if I see a guy**
23    **maybe climbing the fence at the airport, I'm**
24    **probably going to FI him. It's reasonable**
25    **suspicion.**

Page 30

1  Q   Okay.
2  A   **You know, if -- if I see a guy just jogging down**
3      **the street along the airport, I'm not going to stop**
4      **him.**
5  Q   Okay.  If I could direct your attention back to
6      Exhibit 1.
7  A   **Sure.**
8  Q   So it says, "Just a field interview, no arrest
9      unless he becomes an asshole with your guys."
10     Right?
11 A   **Yes.**
12 Q   How did you interpret that?
13 A   **To me it's ID him and release him.  ID and -- just**
14     **identify him and let him go.**
15 Q   Okay.  Then next --
16 A   **And then I -- yeah, except for the asshole part.**
17     **So hopefully nothing goes bad with it so we can**
18     **just let him go.**
19 Q   Okay.  The next sentences are:  "Question for him
20     is why he said anything to me.  Why didn't he just
21     keep his mouth shut."
22         How did you interpret that?
23 A   **Well, I mean, generally, I think at the time it was**
24     **let's just ask him what he did or said on the**
25     **plane, because we didn't have any ID -- because we**

Page 31

1      don't have a -- all we have is this sentence.  We
2      didn't have -- we didn't ask the sheriff what it
3      was that Mr. Black had said to him.  Nobody --
4      nobody did.
5          So when Deputy Paull talked to
6      Mr. Black, he was like, what did you say on the
7      plane, something -- he asked him:  What happened on
8      the plane, what did you say on the plane.
9  Q   Do you remember Deputy Paull asking what he thought
10     of Sheriff Clarke?
11 A   **Yeah, he did.  He asked him that.  He -- yeah.  And**
12     **Mr. Black replied:  "No comment," I believe.  He**
13     **asked him -- he said, what do you think of the**
14     **sheriff?**
15         (Exhibit No. 4 was marked.)
16 BY MR. SULTON:
17 Q   Have you seen Exhibit 4 before?
18 A   **Yes.**
19 Q   Can you tell me what it is?
20 A   **It's copies of my daybook.**
21 Q   And what is a daybook?
22 A   **Memo book carried by deputies or generally**
23     **law-enforcement officers to document events that**
24     **occur during one's shift or patrol.**
25 Q   Okay.

Page 32

1          MR. BOHL:  Could we take about a
2      five-second break?
3          MR. SULTON:  Absolutely.
4          (Pause in proceedings.)
5  BY MR. SULTON:
6  Q   All right.  Back on Exhibit 4.  Do you see entries
7      for Sunday, January 15th, 2017 --
8  A   **Yes.**
9  Q   -- starting at the bottom of the right page?
10         I just want to make sure that I have
11     your -- that I understand your handwriting, all
12     right?  So it says, Sunday, January 15, 2017,
13     right?
14 A   **Correct.**
15 Q   And it says, 0700 through 1500?
16 A   **Yes.**
17 Q   Airport?
18 A   **Yes.**
19 Q   Says squad 412.  That's you, right?
20 A   **Correct.  That's --**
21 Q   Then it says slash, then it says 408, and that's
22     crossed out, right?
23 A   **Correct.**
24 Q   And then it says 410?
25 A   **Yes.**

Page 33

1  Q   Who is 410?
2  A   **Me.**
3  Q   And then it says, Sergeant Sajdowitz, right?
4  A   **Supervisor, yes.**
5  Q   Okay.  And then it says 0700, squad 412, patrol of
6      baggage and ticketing?
7  A   **Correct.**
8  Q   And that was your assignment that day?
9  A   **That was the assignment for the first part of the**
10     **day, the first four hours.**
11 Q   And then it says, 1100, squad.  And then what is
12     that?
13 A   **410.**
14 Q   Okay.  And then moving onto the second page of
15     Exhibit 4.
16 A   **Yes.**
17 Q   It says, 1150, patrol of Concourse C?
18 A   **Yep.**
19 Q   And it says, 1215, right?
20 A   **Yep.**
21 Q   Is that HSP?
22 A   **HVP.  It stands for high-visibility patrol where we**
23     **sit at the podiums.  They're different than --**
24     **patrol the concourse is when you walk through the**
25     **entire concourse.  For the most part, the**

Page 34

1    concourse -- the high-visibility post I should say,
2    not patrol.  High-visibility post is when we post
3    at certain locations at the airport.  Maybe you've
4    seen them there, they have the podiums with the big
5    sheriff emblem on them.  The security and -- both
6    for the county at the airport and the TSA like when
7    we do high-vis. posts at locations which are
8    generally on the -- by the security screening.
9  Q   Okay.  So this line of your daybook says, 1215, HVP
10    Concourse C?
11 A   Correct.
12 Q   Next line is 12:45, patrol Concourse E?
13 A   Yes.
14 Q   Next line is 1300, HVP Concourse E?
15 A   Yes.
16 Q   Next line is 1330 patrol Concourse D?
17 A   Yes.
18 Q   Next line is 1350, HVP Concourse D?
19 A   Yes.
20 Q   Next line is 1415 patrol Concourse D?
21 A   Yes.
22 Q   Next line, what does that say?
23 A   At gate for arrival of Dallas, and in parentheses
24    American, Flight 1534 with Captain Witek, Sergeant
25    Sajdowitz, Deputy Paull.  Sheriff's plane arrived,

Page 35

1    and we, Paull and I, were asked to ID a subject on
2    plane and escort him off airport and release
3    subject if cooperative.
4  Q   Now, that's referring to Mr. Black, right?
5  A   Yes.
6  Q   And then you see next to it says, escort him off
7    airport and release, and then there's like a
8    triangle?
9  A   And release subject.  Triangle is subject.
10 Q   Okay.  Okay.  So on the next line it says
11    triangle -- that means subject -- ID'd by valid
12    Illinois driver's license, right?
13 A   As, semicolon, Daniel David Black.
14 Q   And then that's male, white --
15 A   Yep.  Birth date.
16 Q   12/3/92?
17 A   Yep.  Yes.
18 Q   And then it says 603 dash?
19 A   That's his cell-phone number -- no, I'm sorry,
20    that's his height and weight, his pedigree.
21 Q   So it says 603, slash, 220.  Is that brown and
22    brown?
23 A   Brown and brown.
24 Q   Meaning brown hair and brown eyes?
25 A   Brown eyes, brown hair.

Page 36

1  Q   Okay.  Then it says, Illinois driver's license
2    number B420-1649-2344?
3  A   Yes.
4  Q   And then it says, again, triangle, meaning subject?
5  A   Subject stated to sheriff while boarding:  Are you
6    Sheriff Clarke, question mark.
7        Do you want me to keep going?
8  Q   Yeah.  Go ahead.
9  A   Okay.  He -- Mr. Black, in other words, but it's
10    not saying that -- but he -- that's who I'm
11    referring to -- states that sheriff responded,
12    "Yes, do we have a problem?"  Subject wasn't sure
13    if it was him, the sheriff, because he was wearing
14    Cowboys garb sweatshirt.
15 Q   And is that the last entry on your daybook on --
16 A   Yes.
17 Q   All right.
18        (Exhibit No. 5 was marked.)
19 BY MR. SULTON:
20 Q   Before you is Exhibit No. 5.  Have you seen this
21    exhibit?
22 A   Yes.
23 Q   Tell me what it is.
24 A   It's a county sheriff field interview card -- on
25    the top it says report, but I refer to it as an FI

Page 37

1    card.
2  Q   All right.  I just want to make sure that I
3    understand your handwriting.
4        It says, Daniel David Black, right?
5  A   Yes.
6  Q   And then it says, M for male, W for white, and
7    12/3/92 for date of birth.  Right?
8  A   Yes.
9  Q   Then it gives his address as 1129 East Walworth
10    Street, right?
11 A   Yes.
12 Q   In Milwaukee, Wisconsin, 53212?
13 A   Right.
14 Q   It says, hair brown, height six-three, weight 220,
15    right?
16 A   Yes.
17 Q   And then it gives the Illinois driver's license as
18    IL B420-1649-2344, right?
19 A   Yes.
20 Q   And then where it says employer or school, there's
21    a C.
22 A   Yeah.
23 Q   I just want to make sure.  Is this a Social -- what
24    number is this, cell phone?
25 A   Cell-phone number.  There's a -- these cards are --

Case 2:17-cv-00156-JPS   Filed 09/11/17   Page 10 of 19   Document 22-9

Page 38

1      **I don't know, I've seen them for 22 years, they**
2      **haven't changed one bit; they were probably there**
3      **way before I was there. But there's not -- I don't**
4      **believe there's no location on the FI card for**
5      **phone numbers.**
6 Q   Okay. So that's a phone number?
7 A   **Just like writing the old tickets, they used to not**
8      **have a phone-number attachment either. Somehow**
9      **over the years we got used to writing cell numbers**
10     **or phone numbers for everybody. First phone**
11     **numbers and now, obviously, cells, because**
12     **everybody uses a cell phone. Okay.**
13 Q   Now, beneath that it looks like a second address.
14     It says, 1025 Hillcrest Drive, Washington,
15     Illinois?
16 A   **I believe that's the address that was on the**
17     **Illinois driver's license.**
18 Q   Okay. And then beneath that, of course, we've got
19     the zip code. But further down you've got a -- it
20     says, date 1/15/17. Right?
21 A   **Yes.**
22 Q   And then it says, time 1445?
23 A   **Yes.**
24 Q   And then what does that say?
25 A   **SU, Sunday.**

Page 39

1 Q   Okay. It says, badge 492. That's your badge,
2     right?
3 A   **Correct.**
4 Q   And then J. Hartung?
5 A   **Yes.**
6 Q   And as it relates to the time 1445, is that when
7     you completed the FI card?
8 A   **Roughly, yeah. I mean --**
9 Q   Did you complete the card while Mr. Black --
10 A   **I believe I started writing it while I was waiting**
11     **for the response from the warrant check, but I was**
12     **also kind of engaged in the conversation -- after I**
13     **was done talking on the air, engaged in the**
14     **conversation between Deputy Paull and Mr. Black.**
15 Q   Is it normally your practice to start filling out
16     the FI card while you're talking to a subject?
17 A   **Yes.**
18 Q   And then as it relates to the time, do you normally
19     write the time after the subject leaves?
20 A   **Well, normally I write the time when the -- at**
21     **the -- the time of the incident, when it's -- when**
22     **I have contact with somebody. But I believe at**
23     **this -- for whatever reason -- I don't think**
24     **this -- this contact with Mr. Black was that late**
25     **in the afternoon, because I think we were already**

Page 40

1      **walking out of the office -- or walking down to the**
2      **office at five to 3:00. So I believe this is**
3      **roughly when I did end -- when we were wrapping it**
4      **up at the Colectivo spot prior to leaving the**
5      **concourse.**
6 Q   I just want to make sure I understand that. So in
7     general, the time represents the time you made
8     contact with the subject?
9 A   **Yes.**
10 Q   As it relates to Exhibit 5, the time, does that
11     represent the time you had contact with Mr. Black
12     or the time when you separated from Mr. Black?
13 A   **I think when we were leaving, I -- I usually glance**
14     **at my watch, okay -- fill out the card, glance at**
15     **my watch, look at it, and -- I just -- you know,**
16     **this could be accurate, it might not. I just**
17     **believe that the call was -- I believe the -- I**
18     **believe the plane landed at like 2:25, 2:30.**
19     **And, I mean, it could be the time that**
20     **we first started talking to Mr. Black, but for some**
21     **reason I remember being down in the office right at**
22     **like 3:00, and we were leaving. Because I work**
23     **from 7:00 to 3:00, so -- I'm just trying to be**
24     **accurate. I don't --**
25 Q   Sure, sure.

Page 41

1 A   **You know, I don't recall exactly what time I put**
2     **that on.**
3 Q   Looking further down the card, it says, 1/15/17,
4     Flight 1534, dash, American, right?
5 A   **Yes.**
6 Q   And then it says, wheels down at 1428 hours, right?
7 A   **Yes.**
8 Q   And it says, Sergeant Sajdowitz, Captain Witek,
9     Deputy Mills, Deputy Paull, right?
10 A   **Yes.**
11 Q   It says, triangle, again, meaning subject, and then
12     F/I, meaning field interview, right?
13 A   **Yes.**
14 Q   It says, off plane from Dallas with Sheriff Clarke,
15     right?
16 A   **Yes.**
17 Q   Okay.
18     (Exhibit No. 6 was marked.)
19 BY MR. SULTON:
20 Q   All right. I have before you Exhibit 6. Have you
21     seen that before?
22 A   **Yes.**
23 Q   What is it?
24 A   **This is a -- we use the RMS system -- which don't**
25     **ask me what it stands for, but our reports are**

Case 2:17-cv-00156-JPS   Filed 09/11/17   Page 11 of 19   Document 22-9

Page 42

1   generated on RMS, and this is a field interview or
2   FI-stop entry into the RMS system.
3 Q   Okay. Is this an entry you made?
4 A   No.
5 Q   Who made this entry?
6 A   The airport clerk.
7 Q   What is his or her name?
8 A   Her name is Latrice Burroughs.
9 Q   Can you spell that, please. L-A-T-R-I-C-E?
10 A   L-A-T-R-I-C-E, B-U-R-R-O-U-G-H-S.
11 Q   And where is her office located?
12 A   She's got a desk at our office at the airport.
13 Q   Did you have any conversations with Ms. Burroughs?
14 A   No.
15 Q   How did Ms. Burroughs -- if you know, how did
16   Ms. Burroughs create this Exhibit 6?
17 A   Because I turn in the FI card to her.
18 Q   Oh, I see. You turn in the FI card, and then she
19   generates a report like --
20 A   The FI cards are turned in to her, and she enters
21   them into the RMS system.
22 Q   Oh, I see. So this is her entering the
23   information?
24 A   Correct.
25 Q   Is Latrice Burroughs a Milwaukee County Sheriff's

Page 43

1   Office employee?
2 A   Yes.
3 Q   Okay. Do you know her rank or title -- job title
4   or anything?
5 A   No. Clerk? Is it even a clerk? Office clerk?
6   No, I do not. I should know that. I feel terrible
7   not knowing what her title is.
8 Q   I don't want you to feel terrible.
9       Let's take a look at the summary
10   narrative. It says, unruly passenger. And then it
11   says, warned. And then it says, ampersand, amp
12   released.
13       Do you see that?
14 A   Yeah.
15 Q   Did you warn Mr. Black?
16 A   No.
17 Q   Did Deputy Paull warn Mr. Black?
18 A   No.
19 Q   It says, unruly passenger.
20       Did you have any information that
21   Mr. Black was an unruly passenger?
22 A   The only time unruly came out -- I don't even know
23   if unruly came out. It was either unruly or
24   disruptive, the initial call that I got from Deputy
25   Castle earlier -- like the hour prior to the -- to

Page 44

1   going to the concourse. It was either an unruly
2   passenger or a disruptive passenger.
3 Q   I want to make sure that I understand.
4 A   They mean the same to me if you're going to ask
5   that question.
6 Q   Sure. Disruptive, unruly, we'll use them
7   synonymously.
8 A   Disruptive, unruly, irate. That's usually the
9   terminology we hear.
10 Q   But I want to make sure I understand.
11       So you get a call from Deputy Castle
12   about some sort of disturbance on the plane?
13 A   Correct.
14 Q   You then go to the gate, and you meet with Captain
15   Witek, right?
16 A   Yes.
17 Q   And Captain Witek shows you Exhibit 1 here, right?
18 A   Yes.
19 Q   Do you agree with me that there's nothing in
20   Exhibit 1 that suggests that there is a disturbance
21   on the plane?
22 A   Yes -- well, something happened on the plane.
23 Q   Sure. But when you -- at the time that you stopped
24   Mr. --
25 A   That's why I kind of said earlier when I said, you

Page 45

1   know, it started out as, oh, we've got this
2   disruptive passenger on the plane; by the time we
3   got down to the plane, it was just I want this guy
4   ID'd. So I guess it was downplayed, the incident.
5 Q   So at the time that you stopped Mr. Black, you did
6   not believe he was an unruly passenger?
7 A   Not at all. Not with us. I mean, very
8   cooperative.
9 Q   Did you believe at the time that you stopped him
10   that he had been disruptive on the airplane?
11       MR. BOHL: Objection. Foundation. Asked
12   and answered. Vague.
13       THE WITNESS: So am I answering this?
14 BY MR. SULTON:
15 Q   Yeah, you can answer.
16 A   Can you just say the question again? I'm sorry.
17 Q   Sure. At the time that you stopped Mr. Black, did
18   you believe that he had been disruptive on the
19   airplane?
20 A   No.
21 Q   If I could have you put Exhibit 5 and 6 next to one
22   another -- because I think what you said was
23   Exhibit 6 was created from the FI card?
24 A   Yes. This is -- I turn this in to the clerk, and
25   then she enters it into the RMS system.

Case 2:17-cv-00156-JPS   Filed 09/11/17   Page 12 of 19   Document 22-9

Page 46

1  Q   Do you agree with me that there's nothing on the FI
2      card that you created that says anything about him
3      being unruly?  Right?
4  A   Correct.
5  Q   And you agree with me there's nothing on the FI
6      card that's Exhibit 5 that says that he was warned,
7      right?
8  A   Correct.
9  Q   And presumably, I would have to ask Ms. Burroughs
10     where that information came from, right?
11 A   I don't know where she got that.  I never spoke to
12     her about it.
13         MR. BOHL:  Deputy, just answer the
14     question.
15 BY MR. SULTON:
16 Q   Sure.
17 A   What was the question?
18 Q   Sure.  I said presumably, I would have to ask
19     Ms. Burroughs about that?
20 A   Yes.
21 Q   And that's because you didn't have a conversation
22     with her?
23 A   Not that I recall.
24 Q   If you did have a conversation with Ms. Burroughs,
25     you did not tell her that Mr. Black was unruly or

Page 47

1      warned?
2  A   If I did, I could have said it was unruly or a
3      disruptive --
4          MR. BOHL:  Deputy, if you don't recall,
5      just say you don't recall.
6          THE WITNESS:  All right.
7  BY MR. SULTON:
8  Q   All right.  You've been a deputy for a long period
9      of time, right?
10 A   Sure.  Yes.
11 Q   And you're aware that the State of Wisconsin
12     requires you to have 24 hours of training each year
13     to maintain your license, right?
14 A   Yes.
15 Q   And presumably, you've kept up with that training,
16     right?
17 A   Yes.
18 Q   Do you recall receiving any reasonable-suspicion
19     training?
20 A   No, not specifically.
21 Q   Do you recall having received any training on Terry
22     stops?
23 A   I don't -- not specifically, no.
24 Q   Do you recall any training on field interviews?
25 A   No.

Page 48

1          MR. SULTON:  All right.  That's all I
2  have.
3          (Proceedings concluded at 10:57 a.m.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 49

1   STATE OF WISCONSIN   )
                         ) SS:
2   COUNTY OF MILWAUKEE  )
3
4
5          I, SARAH A. HART, RPR, RMR, CRR, and
6      Notary Public in and for the State of Wisconsin, do
7      hereby certify that the above deposition was
8      recorded by me on May 18, 2017, and reduced to
9      writing under my personal direction.
10         I further certify that I am not a
11     relative or employee or attorney or counsel of any
12     of the parties, or a relative or employee of such
13     attorney or counsel, or financially interested
14     directly or indirectly in this action.
15         In witness whereof, I have hereunder set
16     my hand and affixed my seal of office at Milwaukee,
17     Wisconsin, this 25th day of May, 2017.
18
19
20
21     _____
                    Notary Public
22             In and for the State of Wisconsin
23
24  My commission expires:  October 6, 2018
25

Case 2:17-cv-00156-JPS   Filed 09/11/17   Page 13 of 19   Document 22-9

**Exhibits**

Witek Mark 0517 17 Ex.1

Hartung Jeffrey 0 51817 Ex.4

Hartung Jeffrey 0 51817 Ex.5

Hartung Jeffrey 0 51817 Ex.6

**0**

**0700** 32:15 33:5

**1**

**1** 26:4,5 30:6 44:17,20

**1/15/17** 38:20 41:3

**10** 20:23 25:10,14

**1025** 38:14

**10:57** 48:3

**1100** 33:11

**1129** 37:9

**1150** 33:17

**12/3/92** 35:16 37:7

**1215** 33:19 34:9

**12:30** 5:4

**12:45** 34:12

**1300** 34:14

**1330** 34:16

**1350** 34:18

**1415** 34:20

**1428** 41:6

**1445** 38:22 39:6

**15** 32:12

**1500** 32:15

**1534** 34:24 41:4

**15th** 5:2 32:7

**2**

**2017** 32:7,12

**22** 3:21 38:1

**220** 35:21 37:14

**24** 47:12

**2:25** 5:11 40:18

**2:30** 40:18

**2:50** 5:9

**3**

**30** 12:9

**3:00** 21:4 40:2,22, 23

**4**

**4** 31:15,17 32:6 33:15

**40** 5:10

**408** 32:21

**410** 16:5 32:24 33:1,13

**412** 32:19 33:5

**414** 16:6

**492** 39:1

**5**

**5** 17:8 36:18,20 40:10 45:21 46:6

**51** 6:10

**52** 6:11

**53** 6:11

**53212** 37:12

**54** 6:11

**56** 6:11

**6**

**6** 17:8 41:18,20 42:16 45:21,23

**603** 35:18,21

**7**

**7:00** 40:23

**8**

**88** 18:11

**9**

**98/'99** 4:17

**A**

**a.m.** 48:3

**Absolutely** 32:3

**accident** 29:19

**accurate** 40:16,24

**address** 15:2,5,6 16:15 17:23 37:9 38:13,16

**afternoon** 5:2 14:1 39:25

**agency** 4:19

**agents** 22:8

**agree** 29:4 44:19 46:1,5

**ahead** 19:23 25:13 36:8

**air** 39:13

**Airlines** 6:3

**airplane** 11:11 45:10,19

**airport** 4:24 5:3,6, 14,19 6:16 28:15 29:23 30:3 32:17 34:3,6 35:2,7 42:6, 12

**American** 6:3,9 34:24 41:4

**amp** 43:11

**ampersand** 43:11

**answering** 45:13

**answers** 24:17

**approach** 12:11

**approached** 10:21 12:1

**approaching** 24:2

**approximately** 5:9

**area** 10:19,25 12:22 18:5

**arrest** 8:6 22:3 27:3 30:8

**arrested** 22:25

**arrival** 8:24 34:23

**arrived** 34:25

**arriving** 5:6,9,11 6:24

**asshole** 9:13 27:4 30:9,16

**assigned** 5:3

**assignment** 33:8, 9

**Assistant** 22:8

**attachment** 38:8

**attended** 18:8

**attention** 26:11 30:5

**attorney** 22:8 23:7

**Attorney's** 25:1

**attorneys** 23:9, 12,15 24:6,8

**AUSA** 24:13

**aware** 4:23 24:3 47:11

**B**

**B-U-R-R-O-U-G- H-S** 42:10

**B420-1649-2344** 36:2 37:18

**back** 3:24 6:21 16:10 17:21,22,24 18:10 19:1,17 20:10 25:5 30:5 32:6

**bad** 30:17

**badge** 39:1

**bag** 20:4

**baggage** 10:19 18:5 20:3,4,6,15 26:20 33:6

**Bailey** 9:10

**Baldwin** 4:14

**based** 21:12

**basically** 21:23

**began** 13:14

**beneath** 38:13,18

**big** 17:11 34:4

**birth** 16:8,12 35:15 37:7

**bit** 11:6 12:22 15:9 17:20 18:6 21:18 38:2

**Black** 3:8 4:23 10:15,20 11:21 12:7,11,14 13:15, 17,22 14:2,12,21 16:18,20 17:5,25 18:4,14,15 19:2, 19,20 20:22 21:9, 10,14 25:5,10,13, 19 31:3,6,12 35:4, 13 36:9 37:4 39:9, 14,24 40:11,12,20 43:15,17,21 45:5, 17 46:25

**Black's** 4:21 15:1, 10 16:25 17:14

**board** 6:6

**boarding** 36:5

**Bob** 24:10

**BOHL** 23:6,14 26:6 32:1 45:11 46:13 47:4

**book** 31:22

**bottom** 26:18,19 32:9

**bracketing** 25:15, 19,21,23 26:1

**break** 32:2

**briefly** 8:1 13:4

**brought** 20:5

**brown** 35:21,22, 23,24,25 37:14

**Burroughs** 42:8, 13,15,16,25 46:9, 19,24

**busy** 10:24

___

**C**

**call** 4:25 5:1,5,21, 25 6:12,22 19:22, 23,24 20:10 24:5 40:17 43:24 44:11

**called** 3:2 13:12 16:5 18:13

**canine** 6:20

**captain** 6:20 7:7 8:1,9 9:1,4,22 10:5,12,17 11:12, 18 18:3 19:2,12 21:4,5 26:17 34:24 41:8 44:14,17

**car** 20:25 29:18

**card** 16:11 21:6 24:19,20 29:13,14 36:24 37:1 38:4 39:7,9,16 40:14 41:3 42:17,18 45:23 46:2,6

**cards** 37:25 42:20

**carousel** 26:23

**carried** 31:22

**case** 3:9

**cases** 29:20

**Castle** 5:13,15,23 6:23 15:22 17:16 43:25 44:11

**cell** 5:19 37:24 38:9,12

**cell-phone** 15:8 16:16 35:19 37:25

**cells** 38:11

**changed** 38:2

**Channel** 18:13

**check** 39:11

**checked** 15:20 20:3

**citizen** 29:5

**Clarke** 4:22 11:11 12:6 19:14 25:3

31:10 36:6 41:14

**clear** 17:3

**clerk** 42:6 43:5 45:24

**climbing** 29:23

**close** 6:16

**closer** 16:22

**clothing** 21:19

**code** 38:19

**coffee** 11:9

**Colectivo** 11:9 13:11,13 20:19 40:4

**comment** 31:12

**communicated** 23:17

**complaint** 28:2

**complete** 39:9

**completed** 39:7

**concert** 18:10

**concluded** 48:3

**concourse** 5:4 10:25 11:8 20:9,20 25:7,25 33:17,24, 25 34:1,10,12,14, 16,18,20 40:5 44:1

**conduct** 27:23 28:1,12

**confirm** 15:5 16:14

**confirmed** 15:1,7

**confrontations** 19:13

**confused** 21:15

**contact** 24:7 25:22,24 39:22,24 40:8,11

**contacted** 23:12 24:7

**continued** 14:23

**contract** 4:4,14

**Conventional** 3:16

**conversation** 8:3, 20 9:4,18 11:16,18

12:24 13:20 21:21 23:20,25 29:6 39:12,14 46:21,24

**conversations** 7:22 22:5,13 23:23 42:13

**conveyed** 23:15

**cooperative** 35:3 45:8

**copies** 31:20

**corporals** 4:12

**Correct** 12:13 15:23 19:16 32:14, 20,23 33:7 34:11 39:3 42:24 44:13 46:4,8

**county** 34:6 36:24 42:25

**couple** 17:2 22:7

**cover** 25:22

**Cowboys** 13:24, 25 14:1,4 21:13,18 23:3 36:14

**create** 42:16

**created** 45:23 46:2

**crossed** 32:22

**current** 3:18 15:5

___

**D**

**Dallas** 18:22 34:23 41:14

**Dan** 3:8 4:21,23 13:22 14:11 25:5

**Daniel** 35:13 37:4

**dash** 35:18 41:4

**date** 16:8,13 35:15 37:7 38:20

**David** 35:13 37:4

**day** 14:5 27:2,7 28:19 33:8,10

**daybook** 21:7 22:1 31:20,21 34:9 36:15

**December** 15:4

**deep** 28:22

**department** 27:12

**deputies** 4:8 9:21 31:22

**deputy** 3:19,23 4:5,6,8,10,16 5:13, 15,23 6:19,22 7:12,18 8:25 9:18 10:17,21 12:11,18 13:14 14:23 15:22 16:18,21 17:4,10, 15,24 18:9,13 20:8,22 21:2 23:14 25:12,19 31:5,9 34:25 39:14 41:9 43:17,24 44:11 46:13 47:4,8

**desk** 42:12

**detectives** 4:13

**direct** 5:23 9:9 26:11 30:5

**discovered** 20:12

**discuss** 21:25

**dispatch** 5:5,12, 13,14 14:23 15:17, 21 16:6

**disruptive** 43:24 44:2,6,8 45:2,10, 18 47:3

**District** 22:8

**disturbance** 19:11 44:12,20

**document** 31:23

**dog** 7:14

**dog's** 7:15

**door** 26:21

**dorm** 18:12

**downplayed** 45:4

**drive** 20:14,15,21 21:3 38:14

**driver's** 15:3 16:13 35:12 36:1 37:17 38:17

**duly** 3:3

___

**E**

**ear** 17:7

**earlier** 18:2 43:25 44:25

**earshot** 17:7

**East** 37:9

**effect** 9:12,15 13:19,21

**eliminated** 4:15

**emblem** 34:5

**employee** 43:1

**employer** 37:20

**encounter** 14:20 21:11 22:25

**end** 11:7 40:3

**ended** 13:2 20:13

**engaged** 39:12,13

**entering** 42:22

**enters** 42:20 45:25

**entire** 33:25

**entirety** 9:7

**entries** 32:6

**entry** 21:7 22:1 36:15 42:2,3,5

**escalator** 20:16

**escort** 26:23 35:2, 6

**escorting** 25:6

**events** 31:23

**EXAMINATION** 3:5

**examined** 3:4

**exhibit** 26:4,5 30:6 31:15,17 32:6 33:15 36:18,20,21 40:10 41:18,20 42:16 44:17,20 45:21,23 46:6

**exited** 10:6,20 12:5

**explained** 16:8

**explaining** 13:15 14:20

**eyes** 35:24,25

BROWN & JONES REPORTING, INC.
414-224-9533

**F**

**F/i** 41:12

**fall** 18:11

**familiar** 25:15

**farther** 14:17

**FBI** 22:7 23:13 24:15,18,25

**feel** 43:6,8

**feet** 16:23 17:2,8 20:23 25:10,14

**female** 24:19

**fence** 29:23

**FI** 16:11 21:6 27:13 29:13,14,24 36:25 38:4 39:7,16 42:17,18,20 45:23 46:1,5

**FI-STOP** 42:2

**field** 13:14 27:3, 11,13,15,19 28:1, 12,25 29:3,9,11, 15,17 30:8 36:24 41:12 42:1 47:24

**figure** 6:2,5 23:2

**figured** 3:8 6:13

**fill** 4:8 29:14 40:14

**filling** 29:13 39:15

**Fine** 19:22

**five-second** 32:2

**flight** 5:7 6:4,23 34:24 41:4

**flying** 11:2

**folks** 7:23

**Follow** 26:20

**forgot** 18:2,5 19:4

**form** 14:21

**found** 6:7 18:7

**Foundation** 45:11

**fourth** 26:12

**friend's** 18:24

**friendly** 28:21

**frisk** 27:20

**front** 12:16 20:14, 23

**G**

**garb** 21:19 36:14

**gate** 6:1,2,8,10,13, 17,18 7:6 9:21 12:4,5 13:7 26:17 34:23 44:14

**gates** 6:8

**gave** 14:22 15:16, 21 16:7 17:24 24:17

**general** 40:7

**generally** 28:13 30:23 31:22 34:8

**generated** 42:1

**generates** 42:19

**gentleman** 11:23

**gist** 29:4

**give** 17:14,19

**glance** 40:13,14

**Good** 3:7,17

**graduated** 15:3

**group** 7:23

**guess** 4:25 5:5 13:14 45:4

**guy** 5:6,12 8:7,10 9:12,20 10:12,13 11:22 13:23 20:17 21:9 29:22 30:2 45:3

**guy's** 15:18

**guys** 27:4 30:9

**H**

**H-A-R-T-U-N-G** 3:12

**habit** 16:14 17:12

**hair** 35:24,25 37:14

**half** 7:2,4

**hammerhead** 11:8

**handler** 6:20

**handwriting** 32:11 37:3

**happened** 13:16 15:25 19:10 22:6, 20,24 24:3,4 31:7 44:22

**happening** 9:2

**Hartung** 3:2,12 12:19 39:4

**hat** 8:12,14 10:16 11:24 12:2 13:25 14:4 21:13 23:3

**hear** 11:16 14:24 28:3 44:9

**heard** 24:2

**height** 35:20 37:14

**held** 3:20,22

**hey** 24:2

**high-school** 18:24

**high-vis** 34:7

**high-visibility** 33:22 34:1,2

**Hillcrest** 38:14

**hired** 4:8,10

**hold** 3:25

**hope** 29:8

**hour** 6:15,23 7:2,4 43:25

**hours** 33:10 41:6 47:12

**HSP** 33:21

**HVP** 33:22 34:9, 14,18

**I**

**ID** 14:21 15:11,14, 15 16:1,2,8,25 17:24 28:16,25 29:2,9 30:13,25 35:1

**ID'D** 8:8,15 9:12 35:11 45:4

**ID-ING** 29:12,18

**identified** 8:8 9:20 12:18 26:3

**identify** 8:19 30:14

**IL** 37:18

**Illinois** 15:2,6 16:8 17:23 35:12 36:1 37:17 38:15,17

**incident** 21:7 22:10 39:21 45:4

**incidents** 22:4

**individual** 8:13

**information** 5:17 6:5 17:21 23:14 42:23 43:20 46:10

**informed** 5:5 10:22

**initial** 3:14 16:7 25:24 43:24

**Inspector** 9:10

**interesting** 28:24

**interpret** 30:12,22

**interview** 13:15 27:3,11,13,15,19 28:1,12 29:1,3,9, 12,15,17 30:8 36:24 41:12 42:1

**interviews** 47:24

**involved** 23:22

**irate** 44:8

**J**

**J-E-F-F-R-E-Y** 3:12

**jail** 3:24 4:7,9

**January** 5:2 32:7, 12

**Jeffrey** 3:2,12

**Jennifer** 24:22

**jetway** 10:6

**job** 43:3

**jogging** 30:2

**Johnson** 22:9 24:13

**jotted** 16:10

**K**

**kind** 8:11 10:4,7 12:25 13:1 17:10, 12 18:19 20:8 39:12 44:25

**knew** 11:21 13:5, 6,8 17:4

**knowing** 43:7

**L**

**L-A-T-R-I-C-E** 42:9,10

**landed** 40:18

**late** 39:24

**Latrice** 42:8,25

**law-enforcement** 4:19 31:23

**lawsuit** 4:22

**lawyer** 23:21,22

**lawyers** 22:7 23:17

**learned** 5:10

**leave** 10:9 19:25 20:1

**leaves** 18:5 19:3 39:19

**leaving** 20:25 40:4,13,22

**left** 10:18

**legalese** 28:14

**Lev** 4:14

**license** 15:3 16:13 35:12 36:1 37:17 38:17 47:13

**life** 24:20

**lines** 26:15,16,18, 19,25

**located** 42:11

**location** 38:4

**locations** 34:3,7

**log** 15:17,18

**long** 3:20,25 47:8

**longer** 17:20 18:6

**looked** 6:6 13:24 14:6

**lot** 11:1

**loud** 12:25

### M

**made** 4:16 19:24 20:9 40:7 42:3,5

**maintain** 47:13

**make** 14:7 15:24 21:6,14,16 22:1,2 27:14 32:10 37:2, 23 40:6 44:3,10

**making** 19:18

**male** 35:14 37:6

**mark** 36:6

**marked** 31:15 36:18 41:18

**meaning** 35:24 36:4 41:11,12

**means** 29:12 35:11

**meet** 44:14

**meeting** 23:11,13

**Mel** 22:8 24:13

**Memo** 31:22

**mention** 18:5 19:4

**mentioned** 18:9, 10,14

**message** 8:2

**met** 6:18 7:7,23 21:3

**middle** 3:13,14 16:7

**Mike** 5:13

**Mills** 7:12 8:25 9:22 10:17 41:9

**Milwaukee** 6:24 37:12 42:25

**mind** 19:22

**minute** 26:16

**minutes** 5:10 12:10 17:25 18:1

**mom** 22:15,17,23

**morning** 3:7

**mouth** 27:6 30:21

**moving** 33:14

### N

**narrative** 43:10

**needed** 10:22 11:22

**neighborhood** 15:7

**news** 22:16,19,24

**nonlawyers** 23:24

**nontraffic** 29:20

**Normal** 3:15

**north** 21:2

**number** 15:8 16:13,16 35:19 36:2 37:24,25 38:6

**numbers** 38:5,9, 10,11

**nutshell** 21:23

### O

**O-S-T-R-O-W-S-K-I** 24:12

**oath** 3:3

**Objection** 45:11

**occur** 31:24

**office** 13:9 21:3 22:4 40:1,2,21 42:11,12 43:1,5

**Officer** 26:2

**officers** 31:23

**one's** 31:24

**opened** 3:24

**order** 28:11

**Ostrowski** 24:10, 12

**outfit** 21:19

### P

**p.m.** 5:9,11

**Packer** 14:4

**Packers** 13:25

**parentheses** 34:23

**part** 29:11 30:16 33:9,25

**passed** 4:14 12:3

**passenger** 5:7 8:5 19:11 43:10, 19,21 44:2 45:2,6

**passengers** 11:1

**passengers'** 12:9

**pat** 27:10

**patrol** 31:24 33:5, 17,22,24 34:2,12, 16,20

**Paull** 6:19 7:18 8:16 9:18,22 10:21 12:11 13:14 14:23 16:18,21 17:4,25 18:9,14 20:8,22 21:2 25:12,19 31:5,9 34:25 35:1 39:14 41:9 43:17

**pause** 32:4

**pedigree** 35:20

**people** 4:7 10:4,6 11:2 12:24 13:8 22:9,10 28:19

**Peoria** 18:17

**period** 47:8

**person** 10:3 20:13 29:9,21

**phone** 5:16,18,19, 20 8:2 19:24 20:10 37:24 38:5,6,10,12

**phone-number** 38:8

**physical** 16:17

**physically** 25:9

**pick** 19:22

**picking** 20:11,13

**place** 11:5,9 20:19

**plane** 8:6,7,11 10:1,6,16,21 12:2, 6,20 13:16 14:10, 17 18:20 19:10,15 20:5 25:6 30:25 31:7,8 34:25 35:2 40:18 41:14 44:12, 21,22 45:2,3

**planned** 13:3,5

**play** 18:17

**played** 18:15,16, 17

**playing** 14:1

**podiums** 33:23 34:4

**point** 10:12 26:24

**police** 25:16

**possibly** 8:23 17:3

**post** 34:1,2

**posts** 34:7

**practice** 39:15

**president** 23:9,12

**pretty** 20:21,23 22:12,18,19,24

**prior** 8:3,17 20:25 23:13 40:4 43:25

**privacy** 11:6 12:22

**privileged** 23:15

**problem** 14:12,15 36:12

**proceeded** 11:7 14:17

**proceedings** 3:1 32:4 48:3

**proximity** 16:17

**purpose** 26:1

**put** 13:22 15:18 16:13,15 41:1 45:21

### Q

**question** 7:20 16:24 27:4 28:6,9

30:19 36:6 44:5 45:16 46:14,17

**questioned** 8:8

**questions** 14:24 23:16 24:15,16

**quick** 13:14

### R

**R-O-B-E-R-T** 24:12

**radio** 17:3

**radios** 17:11

**ran** 14:22 15:1,15, 16 16:25 17:17 18:7

**rank** 3:18,20,22,25 43:3

**ranks** 4:15

**re-** 8:2

**read** 26:18,24,25 27:1,2,7

**reading** 9:6 26:20, 22

**reason** 39:23 40:21

**reasonable** 21:25 27:22,25 28:7,11, 17 29:7,22,24

**reasonable-suspicion** 47:18

**recall** 4:3 9:6,7,11, 15 17:14,19 18:18 20:18 23:25 24:1 25:2,13 26:20,22 41:1 46:23 47:4,5, 18,21,24

**received** 47:21

**receiving** 47:18

**recently** 15:3

**recognizable** 23:2

**recognized** 21:15

**reentered** 17:17

**refer** 36:25

**referring** 35:4 36:11

BROWN & JONES REPORTING, INC.
414-224-9533

**relates** 39:6,18 40:10

**release** 30:13 35:2,7,9

**released** 9:13 43:12

**remained** 17:25

**remember** 9:3,17 10:7 15:13 17:19 18:3 21:5,20 24:18,21 26:9,14, 15,16 31:9 40:21

**rep** 22:7 23:4,6,20, 21 24:1

**rep's** 24:9

**replied** 31:12

**report** 36:25 42:19

**reports** 22:2 41:25

**represent** 3:8 40:11

**represents** 40:7

**requires** 47:12

**responded** 36:11

**response** 16:9 39:11

**ride** 20:11

**River** 15:7

**RMS** 41:24 42:1,2, 21 45:25

**Robert** 24:12

**roughly** 21:4 39:8 40:3

**rugby** 18:15,16

**run** 8:18

**S**

**safari** 8:12

**safety** 26:2

**Sajdowitz** 7:10 9:22 10:11 33:3 34:25 41:8

**Sam** 7:14

**school** 37:20

**screening** 34:8

**seat** 14:18

**security** 34:5,8

**semicolon** 35:13

**sense** 25:16

**sentence** 31:1

**sentences** 30:19

**separate** 17:10

**separated** 40:12

**sergeant** 6:20 7:7, 10 8:25 9:22 10:18 11:25 21:4 33:3 34:24 41:8

**service** 4:25

**sheriff** 3:19,24 4:15,16,22 5:6 8:8 9:10 10:1,2,8,18 11:11 12:6 13:17, 24 14:3,6,8,9,11 18:4 19:3,14 21:12,16,17,18 23:1,2 25:3 31:2, 10,14 34:5 36:5,6, 11,13,24 41:14

**Sheriff's** 34:25 42:25

**shift** 31:24

**show** 26:3

**showed** 8:1 9:5,6 26:17

**showing** 19:7 26:6

**shows** 44:17

**shut** 27:6 30:21

**signed** 4:4

**similar** 24:16

**simple** 20:15

**sit** 33:23

**situation** 19:12

**six-three** 37:14

**slash** 32:21 35:21

**small** 18:7,19 19:18

**Social** 37:23

**sort** 28:2,15 44:12

**sound** 24:22

**speak** 10:14,23 12:19 28:4,14

**speaking** 17:5 27:19

**specifically** 9:16, 19 13:17 14:25 21:22 23:25 47:20, 23

**spell** 3:11 24:11 42:9

**spelling** 3:15 17:18

**spoke** 8:25 12:16 24:18 46:11

**spoken** 25:3

**spot** 40:4

**squad** 5:4 16:6 32:19 33:5,11

**squad's** 16:5

**squelch** 17:11

**standing** 9:21 11:12,14,15 12:4 16:23 17:9 25:22

**stands** 33:22 41:25

**start** 39:15

**started** 5:8 39:10 40:20 45:1

**starting** 32:9

**state** 3:11 17:18 47:11

**stated** 13:23 36:5

**states** 36:11

**stay** 17:1 18:4

**stayed** 18:6

**staying** 10:10 19:2

**stepped** 17:2

**Steve** 6:19 8:16,17 9:1,6 10:21 12:15 13:6 14:23 18:9,13 20:22

**stood** 10:5

**stop** 27:9,13,16, 20,23 29:17,18,20 30:3

**stopped** 44:23 45:5,9,17

**stops** 47:22

**strange** 10:8

**Street** 37:10

**street along** 30:3

**streets** 28:20

**SU** 38:25

**subject** 8:18 25:22 35:1,3,9,11 36:4,5,12 39:16,19 40:8 41:11

**subject's** 16:12

**suggests** 44:20

**Sulton** 3:6,7 23:10,18 26:10 31:16 32:3,5 36:19 41:19 45:14 46:15 47:7 48:1

**summary** 43:9

**Sunday** 11:1 32:7, 12 38:25

**Supervisor** 33:4

**surprised** 14:3

**suspicion** 27:23 28:1,7,11,17 29:7, 22,25

**suspicious** 29:21

**sweatshirt** 13:25 14:4 21:13 23:3 36:14

**sworn** 3:3

**synonymously** 44:7

**system** 41:24 42:2,21 45:25

**T**

**talk** 4:21 11:4,5 13:5,7,9 18:7,19 19:18 28:19,21

**talked** 8:16 13:10 24:25 31:5

**talking** 8:14,17 17:6 18:3 20:18 27:14 39:13,16

40:20

**taxied** 10:1

**team** 18:18

**term** 25:15 27:11

**terminology** 44:9

**terms** 16:17

**terrible** 43:6,8

**Terry** 27:9,16,20, 23 47:21

**testified** 3:4

**text** 8:2 9:5,6,7,8,9 19:7

**thing** 27:15

**thinks** 8:5

**Thomas** 3:14

**thought** 10:7 31:9

**threw** 14:6

**thrown** 21:17

**ticketing** 20:14,21 21:3 33:6

**tickets** 38:7

**time** 6:2,4,17 8:21 9:8 11:19 12:3,8 17:15,20 18:13 19:7 21:5,10,22 28:13,14 29:2,15 30:23 38:22 39:6, 18,19,20,21 40:7, 10,11,12,19 41:1 43:22 44:23 45:2, 5,9,17 47:9

**times** 28:18

**title** 43:3,7

**told** 5:20,25 11:3 19:2 21:11 22:23 23:16

**Tom** 3:14

**top** 18:12 36:25

**traffic** 29:17,18

**training** 47:12,15, 19,21,24

**TRANSCRIPT** 3:1

**transmission** 17:3

**triangle** 16:22

BROWN & JONES REPORTING, INC.
414-224-9533

35:8,9,11 36:4
41:11

**trick** 7:20

**TSA** 34:6

**turn** 21:6 42:17,18
45:24

**turned** 42:20

**TV** 21:16

**twos** 4:5,11

___

### U

**U.S.** 22:8 25:1

**unclear** 9:8

**understand** 7:21
15:24 32:11 37:3
40:6 44:3,10

**understanding**
27:22,25 28:10
29:10

**uniform** 4:12,13

**union** 22:7 23:4,6,
9,20,21 24:1,8,9

**unpack** 15:9

**unruly** 5:7 8:5
19:11 43:10,19,21,
22,23 44:1,6,8
45:6 46:3,25 47:2

**unusual** 20:1

**UWM** 15:4 18:8,
14,16,17

___

### V

**Vague** 45:12

**valid** 35:11

___

### W

**wait** 16:9 26:15

**waiting** 39:10

**walk** 11:7 16:4,25
29:5 33:24

**walked** 6:16 21:2

**walking** 10:22
12:21 40:1

**Walworth** 37:9

**wanted** 14:7 15:5
19:25 20:1,10
21:14,16 22:15

**warn** 43:15,17

**warned** 43:11
46:6 47:1

**warrant** 39:11

**warrants** 15:20

**Washington**
38:14

**watch** 40:14,15

**watched** 10:5

**weapons** 27:21

**wearing** 8:10,11
11:24 12:2 13:24
14:4,7 21:13,18
23:2 36:13

**wedding** 18:24,25

**weekend** 18:23

**weight** 35:20
37:14

**West** 15:7

**wheels** 41:6

**white** 35:14 37:6

**wife** 22:12,14

**Wilkowski** 24:22

**William** 3:7

**Wisconsin** 37:12
47:11

**Witek** 7:7 9:4,23
11:12,18 18:4 19:2
21:5 34:24 41:8
44:15,17

**words** 36:9

**work** 40:22

**worked** 4:18

**working** 4:24 5:3

**worth** 12:10

**wrapping** 40:3

**write** 16:11,12
39:19,20

**writing** 38:7,9
39:10

**wrong** 17:18

**wrongdoing**
28:11

___

### Y

**year** 47:12

**years** 3:21 4:2
38:1,9

**yelling** 17:6

___

### Z

**zeroes** 3:24

**zeros** 4:4,5,8

**zip** 38:19

Case 2:17-cv-00158-JPS   Filed 10/31/17   Page 19 of 19   Document 22-9