

Exhibit L

> 2:30-2:45!!
>
> Sheriff Clarke in on my flight
>
> -___-

lmao competing hats

> He isn't wearing one
>
> He's wearing all cowboys gear

what a pussy

> I asked if it was him and when he said yes shook my head and walked away lol
>
> He said "we gotta problem" and I turned around and stared at him for a couple seconds shook my head and walked away

was it a strong grip

> I didn't touch him lol

lmao

ooo i thought u said hand

gottem