UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DANIEL BLACK,

    Plaintiff,

v.

DAVID A. CLARKE, JR., et al.

    Defendants.

Civil Action No. 2:17-cv-00156

## DECLARATION OF JAMES COX

JAMES COX declares, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the following is true and correct:

1. I hold the rank of Inspector in the Internal Affairs Division of the Milwaukee County Sheriff's Office, and I make this declaration based upon my own personal knowledge of the facts attested to herein and based upon my review of the business records of the Milwaukee County Sheriff's Office.

2. I make this declaration in support of the Motion for Summary Judgment of the defendants, David A. Clarke, Jr., and Milwaukee County.

3. I am one of the custodians of the business records maintained in the ordinary course of business of the Milwaukee County Sheriff's Office, which are referenced herein.

4. Steven Paull was employed as a deputy with the Milwaukee County Sheriff's Office in January 2017. He was certified at that time as being qualified to be a law enforcement officer by the State of Wisconsin Department of Justice Division of Law Enforcement Services Training and Standards Bureau pursuant to standards set by the Training and Standards Bureau,

including standards with respect to law enforcement officer training on subjects such as reasonable suspicion and probable cause.

5. Deputy Paull continues to meet all standards and qualifications set by the State of Wisconsin for law enforcement officers.

6. Jeffrey Hartung was employed as a deputy with the Milwaukee County Sheriff's Office in January 2017. He was certified at that time as being qualified to be a law enforcement officer by the State of Wisconsin Department of Justice Division of Law Enforcement Services Training and Standards Bureau pursuant to standards set by the Training and Standards Bureau, including standards with respect to law enforcement officer training on subjects such as reasonable suspicion and probable cause.

7. Deputy Hartung continues to meet all standards and qualifications set by the State of Wisconsin for law enforcement officers.

Dated this 25th day of October, 2017.

s/ James Cox
James Cox