UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DANIEL BLACK,

    Plaintiff,

v.

DAVID A. CLARKE. JR., et al.

    Defendants.

Civil Action No. 2:17-cv-00156

## NOTICE OF WITHDRAWAL OF MOTION

PLEASE TAKE NOTICE that, defendants Milwaukee County and David A. Clarke, Jr. hereby withdraw their pending motion to compel non-party American Airlines, Inc. to produce documents and sound recordings. (ECF No. 32).

Dated: December 5, 2017.

    s/ Charles H. Bohl
    Charles H. Bohl
    Andrew A. Jones
    Kurt M. Simatic
    Attorneys for Milwaukee County and David A. Clarke, Jr.

    HUSCH BLACKWELL LLP
    555 East Wells Street, Suite 1900
    Milwaukee, Wisconsin 53202-3819
    Telephone: 414-273-2100
    Fax: 414-223-5000
    Email: Charles.Bohl@huschblackwell.com
    Email: Andrew.Jones@huschblackwell.com
    Email: Kurt.Simatic@huschblackwell.com