**CONFIDENTIAL JUROR QUESTIONNAIRE. Please Neatly Print All Answers in the Spaces Provided.  Juror# _____**

| | |
|---|---|
| 1. **Full Name:** _____<br>         (First      Middle      Last)<br>**Gender:** ❏ Male    ❏ Female<br>**Date of birth:** _____   **Age** _____<br>**City/Village/Town:** _____<br>**How long?** _____<br>**Do you:** ❏ Rent  ❏ Own  ❏ Live w/ others without paying rent | 2. **Please indicate the <u>highest</u> level of education you have completed:**<br>❏ Less than high school (grade____)  ❏ 2-year or AA degree<br>❏ High school graduate             ❏ 4-year college graduate<br>❏ Some college courses           ❏ Post-graduate study<br>❏ Technical/vocational school     ❏ Masters or Doctorate<br>**Area of study/major:** _____<br>**Degrees/Licenses/Skills:** _____ |
| 3. **What is your employment status?** (*Check all that apply*)<br>❏ Employed full-time    ❏ Student<br>❏ Employed part-time  ❏ Self-employed<br>❏ Homemaker          ❏ Unemployed, looking for work<br>❏ Retired for ___year(s)  ❏ Disabled, do not work<br>4. **List clubs, organizations, or charities that you are a member of or support:** | 5. **Please answer for your current or most recent job:**<br><br>a. **Occupation:** _____<br><br>b. **Employer:** _____<br><br>c. **Length of employment:** _____<br><br>d. **Past jobs:** _____<br>_____ |
| 6. **Have you, a family member, or someone close to you ever had any training or worked in or with the following?** (*Check all that apply*)<br>  ❏ News or media       ❏ Law or courts<br>  ❏ Social Media        ❏ Social Activism<br>  ❏ Law Enforcement  ❏ Education<br>  ❏ Politics             ❏ Social work or mental health<br>**If you checked any of the above,** describe who and the type of work: | 7. **What is your current marital status?**<br>❏ Single, never married  ❏ Divorced    ❏ Separated<br>❏ Married for ___ year(s)  ❏ Widowed for ____ year(s)<br>❏ Living with partner    ❏ Other: _____<br>8. **Spouse/Partner's name:** _____<br>a. If you are married or partnered, is he or she employed? ❏ Yes ❏ No<br>b. List your spouse's or partner's current (or most recent) employment:<br><br>_____   _____<br>  Spouse/Partner Occupation     Spouse/Partner Employer<br>9. **What were your parents' occupations?**<br><br>_____   _____<br>  Father's Occupation           Mother's Occupation |
| 10. **Have you ever had any prior jury service?** ❏ Yes  ❏ No<br>    If **yes**, was that service: ❏ Civil, __times  ❏ Criminal, __times<br>    Have you ever been the foreperson? ❏ Yes  ❏ No | 12. **If you have children or stepchildren, please list the following:**<br>    (including children who do not live with you and any deceased children):<br>  <u>Gender</u>  <u>Age</u>  <u>Education</u>      <u>Occupation/Employer</u> |
| 11. **Have you, or has anyone close to you, ever been a member or follower of a political party or issues-based organization?**<br>    ❏ Yes, self  ❏ Yes someone close  ❏ No  If **yes**, explain: | |

13. a. **Have you or anyone close to you ever been arrested or detained by police or law enforcement?** ❏ Yes, self  ❏ Yes, other  ❏ No
If **yes**, please explain:

    b. **Do you believe the actions of law enforcement in the situation were reasonable?** ❏ Yes, self  ❏ Yes, other  ❏ No  If **no**, please explain:

14. **Have you or anyone close to you ever been harassed by police or law enforcement?** ❏ Yes, self  ❏ Yes, other  ❏ No  If **yes**, please explain:

15. **Have you or anyone close to you ever been harassed or bullied through social media?** ❏ Yes, self  ❏ Yes, other  ❏ No  If **yes**, please explain:

**EXHIBIT A**

| 16. Have you or a family member ever (*check all that apply*): | |
|---|---|
| Yourself  Family | |
| _____  _____  a. Sued someone? Lawsuit involved: _____ Result: _____ | |
| _____  _____  b. Been sued? Lawsuit involved: _____ Result: _____ | |
| _____  _____  c. Made any type of claim as a result of a loss? Explain: _____ | |
| _____  _____  d. Filed a claim for disability? Explain: _____ | |

| | |
|---|---|
| 17. **What is your general opinion of the Milwaukee County's Sheriff's Office?**<br>❏ Very favorable  ❏ Favorable  ❏ Unsure<br>❏ Unfavorable  ❏ Very unfavorable<br><u>Please explain your response</u>:<br><br><br>18. **What is your general opinion of Former Milwaukee County Sheriff David A. Clarke, Jr.?**  ❏ Very favorable  ❏ Favorable  ❏ Unsure<br>❏ Unfavorable  ❏ Very unfavorable<br><u>Please explain your response</u>: | 19. **What is your general opinion of the ethics of law enforcement?**<br>❏ Very positive  ❏ Positive  ❏ Negative  ❏ Very negative<br><br>20. **How concerned are you about the following social issues:**<br>a. **Abuse of power by police and law enforcement**<br>  ❏ Extremely concerned  ❏ Somewhat concerned<br>  ❏ Slightly concerned  ❏ Not at all concerned<br>b. **Freedom of speech**<br>  ❏ Extremely concerned  ❏ Somewhat concerned<br>  ❏ Slightly concerned  ❏ Not at all concerned<br>c. **Freedom from unreasonable searches and seizures**<br>  ❏ Extremely concerned  ❏ Somewhat concerned<br>  ❏ Slightly concerned  ❏ Not at all concerned<br>d. **Racism**<br>  ❏ Extremely concerned  ❏ Somewhat concerned<br>  ❏ Slightly concerned  ❏ Not at all concerned |
| 21. **Have you or anyone close to you ever had a dispute or unpleasant interaction with law enforcement or the Milwaukee County Sheriff's Office?**<br>❏ Yes, self  ❏ Yes, someone close  ❏ No  <u>If **yes**</u>, please explain: | 23. **Do you believe individuals and law enforcement officials should be treated equally under the law?**  ❏ Yes  ❏ No<br><u>If **no**,</u> please explain: |
| 22. **Have you read, seen, or heard anything in the media or in conversation about a man who claims he was harassed on social media following an interaction with Former Sheriff Clarke at the airport?**<br>❏ Yes  ❏ No  ❏ Unsure<br><u>If **yes** or **unsure**</u>, please explain everything you remember about what you may have read or heard:<br><br><br><br><br>**Have you formed any opinions as a result of what you read, saw, or heard?**<br>❏ Yes  ❏ No  <u>If **yes**</u>, please explain: | 24. **In a lawsuit involving an individual against Former Sheriff Clarke, would you favor one side over the other, regardless of the evidence?**<br>❏ Yes, definitely  ❏ Yes, probably  ❏ No<br><u>If **yes**</u>, please explain who you would favor and why: |
| 25. **Which of the following social media sites do you have an account with, post on, or view regularly?**  (*Check all that apply*)  ❏ Facebook  ❏ Twitter<br>❏ Snapchat  ❏ Instagram  ❏ Reddit  ❏ Blogs  ❏ YouTube<br>26. **What newspapers, magazines, websites, blogs, and channels do you regularly read or watch?**<br><br><br>27. **If you were to serve as a juror in this case, would you have any difficulty <u>not</u> discussing the case with others or posting about it online?**  ❏ Yes  ❏ No | 28. **Is there any reason not previously mentioned that might prevent you from being a fair and impartial juror in a lawsuit against Former Sheriff Clarke?**  ❏ Yes  ❏ No  <u>If **yes**</u>, please explain: |

I swear that all the foregoing is true and correct. _____ *(Sign and date)*

Case 2:17-cv-00156-JPS   Filed 01/08/18   Page 2 of 2   Document 53-1