# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DANIEL BLACK,<br><br>                          Plaintiff,<br>v.<br><br>DAVID CLARKE,<br><br>                          Defendant. | Case No. 17-CV-156-JPS<br><br>**ORDER** |

On January 8, 2018, the defendant filed an unopposed motion to permit the use of a juror questionnaire in this case. (Docket #51). He proposes that the questionnaire be mailed to prospective jurors for completion in advance of trial. *Id.* In support of his motion, the defendant states that the questionnaire is important to "assess the prospective jurors' attitudes and experiences on sensitive and emotional subject matters, maintain juror privacy, and facilitate the effectiveness of the jury selection process." *Id.* Upon consideration of the defendant's submissions, the Court finds that its customary *voir dire* practice is more than adequate to address the goals stated above. The motion will be denied.

      Accordingly,

      **IT IS ORDERED** that the defendant's motion to permit the use of a juror questionnaire (Docket #51) be and the same is hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 12th day of January, 2018.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge