# COURT MINUTES OF CONFERENCE

DANIEL BLACK

    v.                                               CASE NO. 17-CV-156-JPS

DAVID CLARKE

## HON. J. P. STADTMUELLER PRESIDING

DATE: January 16, 2018                        TIME SCHEDULED: 8:30 a.m.

COURT DEPUTY/CLERK: Kate Maternowski      TIME CALLED: 8:32 a.m.

COURT REPORTER: Liberty Court Recorder       TIME FINISHED: 8:49 a.m.

PURPOSE: Final Pre-Trial Conference

PLAINTIFF BY: William Sulton and Anne Sulton

DEFENDANT BY: Charles Bohl, Leslie Gutierrez, and Kurt Simatic

Notes:

| Time | Event |
|---|---|
| 8:32 a.m. | Appearances. |
| 8:34 | Court discusses scheduling issues for trial, including jury selection; after 12:00 p.m. on Thursday, January 18, 2018, the parties will be jointly responsible for the cost of calling the jury if the case thereafter settles; jury will consist of 7 pulled from group of 13; each party will have three strikes, with the plaintiff exercising the first strike; jurors will be free to take notes; Court expects all testimony will be entered on Monday, January 22, 2018; Court will be in session from 8:30 a.m. to 5:45 p.m. on Monday; Court will have a draft of the jury instructions available for counsel on the afternoon of Thursday, January 18, 2018 for pick-up in chambers or, alternatively, the draft instructions will be available for counsel before the proceedings begin on Monday, January 22, 2018. |
| 8:37 | Plaintiff inquires about pending motion to compel; Defendant's counsel responds that he will confer with the Plaintiff about a production and if the proposed production does not moot the motion, Defendant will file a timely response to Plaintiff's motion |
| 8:39 | Plaintiff's counsel inquires about housekeeping matters and Court responds |

8:48 Parties have nothing further to discuss

8:49 Court stands in recess