# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

DANIEL BLACK,

                Plaintiff,

v.

DAVID CLARKE, COUNTY OF MILWAUKEE, WISCONSIN, and JOHN DOES ONE-SIX,

                Defendants.

Case No. 17-CV-156-JPS

**JUDGMENT**

**Jury Verdict**. This action came before the Court, presided over by the Honorable J.P. Stadtmueller, for a trial by jury. The issues having been tried and the jury having rendered a Special Verdict (Docket #78) on January 22, 2018; and the Court having considered defendants David Clarke and County of Milwaukee, Wisconsin's Motion for Summary Judgment (Docket #15):

    **IT IS ORDERED AND ADJUDGED** that defendant David Clarke did not violate plaintiff Daniel Black's First Amendment rights by posting on Facebook on January 18 and 19, 2017 (Docket #78);

    **IT IS FURTHER ORDERED AND ADJUDGED** that plaintiff Daniel Black shall have and recover nothing from defendant David Clarke (Docket #78);

    **IT IS FURTHER ORDERED AND ADJUDGED** that defendants' motion for summary judgment (Docket #15) be and the same is hereby **GRANTED in part and DENIED in part** (Docket #39);

    **IT IS FURTHER ORDERED AND ADJUDGED** that plaintiff Daniel Black's claims under the Fourth and Fourteenth Amendments, his claim under the First Amendment based on the airport interrogation, and his *Monell* claim be and the same are hereby **DISMISSED** (Docket #39);

**IT IS FURTHER ORDERED AND ADJUDGED** that defendants County of Milwaukee, Wisconsin and John Does One through Six be and the same are hereby **DISMISSED** from this action (Docket #39); and

**IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED** on the merits, together with the defendants' costs as may be taxed by the Clerk of the Court.

APPROVED:

J.P. Stadtmueller
U.S. District Judge

STEPHEN C. DRIES
Clerk of Court

January 24, 2018  *s/ Jodi L. Malek*
Date  By: Deputy Clerk