# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

March 23, 2018

*By the Court:*

| No. 18-1370 | DANIEL BLACK,<br>Plaintiff - Appellant<br><br>v.<br><br>DAVID CLARKE,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:17-cv-00156-JPS<br>Eastern District of Wisconsin<br>District Judge J. P. Stadtmueller ||

    Upon consideration of the **AGREED MOTION FOR VOLUNTARY DISMISSAL**, filed on March 22, 2018, by counsel for the appellant,

    **IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY

A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalOrderWMandate**(form ID: **137**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

March 23, 2018

To:
Stephen C. Dries
UNITED STATES DISTRICT COURT
Eastern District of Wisconsin
Milwaukee, WI 53202-0000

| | |
|---|---|
| No. 18-1370 | DANIEL BLACK,<br>Plaintiff - Appellant<br><br>v.<br><br>DAVID CLARKE,<br>Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 2:17-cv-00156-JPS<br>Eastern District of Wisconsin<br>District Judge J. P. Stadtmueller | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:    F.R.A.P. 42(b)

STATUS OF THE RECORD:    no record to be returned

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                                               **Received by:**

__03/23/18_____                    _____s/Jelena Vekic_____

form name: **c7_Mandate**(form ID: **135**)